UNITED STATES DISTRICT COURT
Southern District of Indiana

| | |
|---|---|
| EDWARD C. SNUKIS, JR. and<br>SAMANTHA SNUKIS,<br>Co-Administrators of the Estate of<br>Edward C. Snukis<br><br>              Plaintiffs<br><br>  vs.<br><br>CITY OF EVANSVILLE, INDIANA;<br>MATTHEW O. TAYLOR, in his individual<br>capacity as an Evansville police officer;<br>TREVOR KOONTZ, in his individual<br>capacity as an Evansville police officer; and<br>NICHOLAS HACKWORTH, in his<br>individual capacity as an Evansville police officer | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:21−cv−00135−TWP−MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND CONFIDENTIAL SETTLEMENT DEMAND**

      Plaintiffs, by counsel, notify the Court that on February 14, 2022, Plaintiffs served their Statement of Special Damages and Confidential Settlement Demand disclosures required by Section III.E of the Case Management Plan, upon the Defendants by e-mail and first-class mail.

                                                      Respectfully submitted,

                                                      */s/ Mark E. Miller*
                                                      Mark E. Miller, Attorney No. 10458-82
                                                      Mark Miller Law Office
                                                      915 Main Street – Suite 203
                                                      P.O. Box 3009
                                                      Evansville, IN 47730
                                                      mmiller@indianalawonline.com
                                                      Phone: (812) 303-3444

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

      By: */s/ Mark E. Miller*
           Mark E. Miller, Attorney No. 10458-82