UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD C SNUKIS, JR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00135-TWP-MPB |
| | ) | |
| MATTHEW O TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States

Magistrate Judge, by telephone, at 11:00 a.m., Evansville time (CDT), on September 1, 2022,

for a conference under Rule 16, Federal Rules of Civil Procedure.  Parties were represented by

counsel.

Thereafter, the following **ORDERS** are entered:

1.  The **SETTLEMENT CONFERENCE** set for September 8, 2022 is **VACATED**.

2.  A **TELEPHONIC STATUS CONFERENCE** is set for **APRIL 24, 2023** at 9:00

a.m., Evansville time (CDT), before the Honorable Matthew P. Brookman, United States

Magistrate Judge.  **The information needed by counsel to participate in this telephonic**

**conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have

appeared.  Any party shall file any corrections or additions within fourteen (14) days after

receipt of this order.

**SO ORDERED.**

**Dated:**  September 2, 2022

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel.**