UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWARD C. SNUKIS, JR. and ) <br> SAMANTHA SNUKIS, Co-Administrators ) <br> of the Estate of Edward C. Snukis, ) <br>       Plaintiffs, ) <br> ) <br> ) <br>       v. ) <br> ) <br> CITY OF EVANSVILLE, INDIANA; ) <br> MATTHEW O. TAYLOR, in his individual ) <br> capacity as an Evansville police officer; ) <br> TREVOR KOONTZ, in his individual ) <br> capacity as an Evansville police officer; and ) <br> NICHOLAS HACKWORTH, in his ) <br> individual capacity as an Evansville police ) <br> officer, ) <br>       Defendants. ) | CASE NO. 3:21-cv-00135-MPB-MJD |

## **JOINT REPORT ON THE STATUS OF DISCOVERY**

Come now the parties by counsel and submit their Joint Report on the Status of Discovery.

1. A detailed description of all discovery completed within the preceding 28 days.

   Plaintiffs received a response to their supplemental document requests on June 23, 2023. On June 30, 2023, Plaintiffs contacted Defendants' counsel about the completeness of the response. Counsel have not yet discussed the issues. Although there are summaries of use of force reports for the years 2014 through 2019, we need the actual reports.

2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any

depositions, and the identity of the counsel responsible for completing such discovery.

>Plaintiffs have served supplemental 30(b)(6) deposition topics and proposed dates for the deposition in July.

3. A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.

>None, but see items 1 and 2.

4. A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.

>See items 1 and 2.

5. A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.

>Depending upon the production of documents and completion of the 30(b)(6) deposition, Plaintiffs may request additional depositions or documents. The parties will seek expert related discovery. Defendants anticipate additional discovery relating to Plaintiffs' damages.

6. Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.

>None.

Respectfully submitted,

| | |
|---|---|
| */s/Mark E. Miller* | */s/Clifford R. Whitehead* |
| Mark E. Miller, #10458-82 | Robert L. Burkart #16664-82 |
| 915 Main Street, Suite 203 | Keith W. Vonderahe #21908-82 |
| P.O. Box 3009 | Bernard Lobermann, IV #36886-49 |
| Evansville, IN  47730-3009 | Clifford R. Whitehead #28836-49 |
| (t) 812-303-3444 | ZIEMER STAYMAN WEITZEL & |
| | SHOULDERS, LLP |
| Rick A. Cory #4196-82 | 20 NW First Street, 9th Floor |
| DANKS & DANKS | P.O. Box 916 |
| 1010 Sycamore Street | Evansville, IN  47706 |
| Evansville, IN  47708 | (t) (812) 424-7575 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on July 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

*/s/Mark E. Miller*
Mark E. Miller #10458-82

*Attorney for Plaintiffs*