## AFFIDAVIT OF NICHOLAS HACKWORTH

Nicholas Hackworth, being first duly sworn upon his oath, states:

1. I am a competent adult who makes this Affidavit voluntarily and based upon my personal knowledge of all facts stated herein.

2. I began my employment with Evansville Police Department ("EPD") on July 10, 2017 as a probationary officer.

3. I received my training and graduated from the Southwest Indiana Law Enforcement Agency in November of 2017.

4. As of September 2019, when I had my interaction with Snukis, I was employed with the Evansville Police Department ("EPD") and was assigned as a second shift Motor Patrol Officer, which included responding to calls for service and taking reports.

5. As part of my training with the Evansville Police Department ("EPD") and prior to my interaction with Snukis, I was trained on all EPD policies, including all Operational Guidelines, and situations similar to Snukis involving a suspect who disregards commands, flees, and actively resists being placed in handcuffs, including by striking the officer, using force against a suspect, and providing medical assistance to a suspect. Those Operational Guidelines included: Detainment and arrests (OG 104.00; OG 400.00), Use of Discretion (OG 114.00), Injuries to persons, including detainees (OG 119.00; OG 153.00; OG 153.02; OG 226.00), Case Investigations (OG 139.00; OG 421.00; OG 145.03; OG 140.00), Handling, Transporting, and Booking Prisoners, which includes information on positional asphyxia (OG 153.00; OG 226.00), Handling the Street Drunk (OG 172.00), Supervising officers (OG 180.00; OG 403.00), Mental Illness and Commitment Papers (OG 184.00), Firearms Qualifications and Range Procedures (OG 356.01), Use of force, including TASER. (OG 359.00; OG 359.01; OG 356.01), Incident Reports (OG 500.00; OG 501.00; OG 494.00).

6. In addition, as part of my training to be an EPD officer, I received training in obtaining and confirming a pulse, providing chest compressions, and using a portable defibrillator.

7. "AMR" is a request for medical assistance by American Medical Response.

8. "Roll fire" is a request for medical assistance by Evansville Fire Department.

9. In addition to my training as an EPD officer and prior to my interaction with Snukis, I had been trained and worked as an emergency medical technician ("EMT"), which included in placing an airway into a person for purposes of allowing air to get to the person's lungs and had received certifications in CPR and in Pre-Hospital Trauma Life Support.

FURTHER AFFIANT SAITH NOT.

*Nicholas Hackworth*
Nicholas Hackworth (Sep 19, 2023 13:21 CDT)

Nicholas Hackworth