## AFFIDAVIT OF MATTHEW TAYLOR

Matthew Taylor, being first duly sworn upon his oath, states:

1. I am a competent adult who makes this Affidavit voluntarily and based upon my personal knowledge of all facts stated herein.

2. I began my employment with Evansville Police Department ("EPD") on January 27, 2014 as a probationary officer.

3. I received my training and graduated from the Southwest Indiana Law Enforcement Agency in June of 2014.

4. As of September 2019, when I had my interaction with Snukis, I was employed with the Evansville Police Department ("EPD") and was assigned as a day shift Motor Patrol Officer, which included responding to calls for service and taking reports.

5. As part of my training with the Evansville Police Department ("EPD") and prior to my interaction with Snukis, I was trained on all EPD policies, including all Operational Guidelines, and situations similar to Snukis involving a suspect who disregards commands, flees, and actively resists being placed in handcuffs, including by striking the officer, using force against a suspect, and providing medical assistance to a suspect. Those Operational Guidelines included: Detainment and arrests (OG 104.00; OG 400.00), Use of Discretion (OG 114.00), Injuries to persons, including detainees (OG 119.00; OG 153.00; OG 153.02; OG 226.00), Case Investigations (OG 139.00; OG 421.00; OG 145.03; OG 140.00), Handling, Transporting, and Booking Prisoners, which includes information on positional asphyxia (OG 153.00; OG 226.00), Handling the Street Drunk (OG 172.00), Supervising officers (OG 180.00; OG 403.00), Mental Illness and Commitment Papers (OG 184.00), Firearms Qualifications and Range Procedures (OG 356.01), Use of force, including TASER. (OG 359.00; OG 359.01; OG 356.01), Incident Reports (OG 500.00; OG 501.00; OG 494.00).

6.  In addition, as part of my training to be an EPD officer, I received training in obtaining and confirming a pulse, providing chest compressions, and using a portable defibrillator.

7.  "AMR" is a request for medical assistance by American Medical Response.

8.  "Roll fire" is a request for medical assistance by Evansville Fire Department.

FURTHER AFFIANT SAITH NOT.

                                          *Matthew O Taylor*
                                        Matthew O Taylor (Sep 20, 2023 07:45 CDT)
                                      Matthew Taylor