UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWARD C. SNUKIS, JR. and<br>SAMANTHA SNUKIS,<br>Co-Administrators of the Estate of<br>Edward C. Snukis<br><br>          Plaintiffs<br><br>  vs.<br><br>CITY OF EVANSVILLE, INDIANA;<br>MATTHEW O. TAYLOR, in his individual<br>capacity as an Evansville police officer;<br>TREVOR KOONTZ, in his individual<br>capacity as an Evansville police officer; and<br>NICHOLAS HACKWORTH, in his<br>individual capacity as an Evansville police officer<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:21-cv-00135-MPB-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S NOTICE OF MANUAL FILING**

Please take notice that Defendant City of Evansville, by counsel, will be manually filing the following exhibits on the date of this notice, which is listed in Defendant City of Evansville's Designation of Evidence in Support of its Motion for Summary Judgment:

- Exhibit 5 – Koontz Vid. (Defendants' Notice of Manual Filing)

- Exhibit 6 – Taylor Vid. (Defendants' Notice of Manual Filing)

- Exhibit 10 – Hackworth Vid. 2 (Defendants' Notice of Manual Filing)

- Exhibit 11 – Hackworth Vid. 1 (Defendants' Notice of Manual Filing)

These Exhibits have not been filed electronically pursuant to S.D. Ind. L.R. 5-2(b)(2) as exhibits in video format do not readily permit electronic filing. Said Exhibits will be served on all parties and the Court by U.S. Mail.

Respectfully submitted,

*/s/ Clifford R. Whitehead*
Robert L. Burkart, #16664-82
Clifford R. Whitehead, #28836-49
Bernard J. Lobermann, IV, #36886-49
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 N.W. First Street, 9th Floor
P.O. Box 916
Evansville, IN 47706
T: (812) 424-7575
F: (812) 421-5089
E-mail: rburkart@zsws.com
cwhitehead@zsws.com
blobermann@zsws.com

Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Clifford R. Whitehead*
Clifford R. Whitehead