UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWARD C. SNUKIS, JR. and <br> SAMANTHA SNUKIS, <br> Co-Administrators of the Estate of <br> Edward C. Snukis <br><br> Plaintiffs <br><br> vs. <br><br> CITY OF EVANSVILLE, INDIANA; <br> MATTHEW O. TAYLOR, in his individual <br> capacity as an Evansville police officer; <br> TREVOR KOONTZ, in his individual <br> capacity as an Evansville police officer; and <br> NICHOLAS HACKWORTH, in his <br> individual capacity as an Evansville police officer <br><br> Defendants | CASE NO. 3:21-cv-00135-MPB-MJD |

## DESIGNATION OF EVIDENCE IN SUPPORT OF DEFENDANTS MATTHEW TAYLOR, TREVOR KOONTZ, AND NICHOLAS HACKWORTH'S MOTION FOR SUMMARY JUDGMENT

Come now the Defendants Officer Matthew O. Taylor ("Officer Taylor"), Officer Trevor Koontz ("Officer Koontz"), and Officer Nicholas Hackworth ("Officer Hackworth"), each in their individual capacity, (Officer Taylor, Officer Koontz, and Officer Hackworth are referred to collectively as the "Defendant Officers"), by counsel and pursuant to Federal Rule of Civil Procedure 56, and designate the following evidence in support of their Motion for Summary Judgment:

1. Exhibit 1 – CAD Report

2. Exhibit 2 – Supplemental Reports

3. Exhibit 3 – Incident Report

4. Exhibit 4 – Aerial Photo

1

5. Exhibit 5 – Koontz Vid. (Defendants' Notice of Manual Filing)

6. Exhibit 6 – Taylor Vid. (Defendants' Notice of Manual Filing)

7. Exhibit 7 – Use of Force Report

8. Exhibit 8 – Excerpts of Officer Koontz Deposition

9. Exhibit 9 - Excerpts of Officer Taylor Deposition

10. Exhibit 10 – Hackworth Vid. 2 (Defendants' Notice of Manual Filing)

11. Exhibit 11 – Hackworth Vid. 1 (Defendants' Notice of Manual Filing)

12. Exhibit 12 – Autopsy Report

13. Exhibit 13 – Excerpts of Josey Lewis Deposition

14. Exhibit 14 – Snukis Death Investigation Report

15. Exhibit 15 - Excerpts of Paul Kirby Deposition

16. Exhibit 16 – Excerpts of Operational Guidelines

17. Exhibit 17 – Affidavit of Officer Nicholas Hackworth

18. Exhibit 18 – Affidavit of Officer Matthew Taylor

19. Exhibit 19 – Affidavit of Officer Trevor Koontz

20. Exhibit 20 – Excerpts of Nicholas Hackworth Deposition

21. Exhibit 21 – Excerpts of Samantha Snukis Deposition

22. Exhibit 22 – Excerpts of Edward Snukis, Jr. Deposition

23. All pleadings filed herein

24. Dkt. 94 – Plaintiffs' Statement of Claims

        Respectfully submitted,

        */s/ Clifford R. Whitehead*
        Robert L. Burkart, #16664-82

Clifford R. Whitehead, #28836-49
Bernard J. Lobermann, IV, #36886-49
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 N.W. First Street, 9th Floor
P.O. Box 916
Evansville, IN 47706
T: (812) 424-7575
F: (812) 421-5089
E-mail:  rburkart@zsws.com
         cwhitehead@zsws.com
         blobermann@zsws.com

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I certify that on September 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Clifford R. Whitehead*
Clifford R. Whitehead