# EVANSVILLE/VANDERBURGH CENTRAL DISPATCH

## Event Report

Event ID: **2019-000206449**   Call Ref #: 119   Date/Time Received: 09/13/19 14:56:20

Rpt #:   Prime Unit: 2E23   Services Involved
Call Source: E911   GORMAN, SETH ALEXANDER   | LAW | | | | |

Location: **1356 N GREEN RIVER RD**

X-ST: *VOGEL RD* / *E MORGAN AVE*   Jur: CAD   Service: LAW   Agency: EPD
St/Beat: 2E2   District: 2E   RA: 1532

Business: GRAND BUFFET   Phone: (812) 476-6666   GP: 2E2A

Nature: **THEFT IN PROGRESS**   Alarm Lvl: 1   Priority: 2   Medical Priority:

Reclassified Nature:

Caller: GRAND BUFFET   Alarm:
Addr: 1356 N GREEN RIVER RD   Phone: (812) 476-6666   Alarm Type:

Vehicle #:   St:   Report Only: No   Race:   Sex:   Age:

Call Taker: CCAPIN   Console: JDCD06

Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: GOA   Close Comments:

Notes:
RP SAYS THERES A MALE IN THE BACK KITCHEN WHO TRIED STEALING SOMETHING [09/13/19 14:57:04 CCAPIN]
RP SAYS THEY GOT THE ITEMS BACK [09/13/19 14:57:20 CCAPIN]
RP IS JASON [09/13/19 14:57:25 CCAPIN]
SUSP WM BALD NO SHIRT, JEANS [09/13/19 14:57:39 CCAPIN]
HES CURRENTLY WALKING BACK TOWARDS THE BANK [09/13/19 14:57:56 CCAPIN]
RP IS AFRAID HES GOING TO COME BACK [09/13/19 14:58:28 CCAPIN]
NOW JUST SAYING THEY WANT HIM REMOVED OR BAR/BAN`D [09/13/19 14:58:44 CCAPIN]
PREV SUSP RUN AT GERMAN AMERICAN BANK --4424 VOGEL RD [09/13/19 15:00:18 CCAPIN]
POSS SAME MALE [09/13/19 15:00:22 CCAPIN]
W/M BALD, WEARING NO SHIRT ON THE BACK LOT LOOKING INTO A RED NISS [09/13/19 14:15:15 LWINGERTER]
[09/13/19 15:00:27 CCAPIN]
******

Unable to locate. [09/13/19 15:13:01 Unit:2E23]

### Times

Call Received: 09/13/19 14:56:20   Time From Call Received
Call Routed: 09/13/19 14:57:06   000:00:46   Unit Reaction: 000:12:01 *(1st Dispatch to 1st Arrive)*
Call Take Finished: 09/13/19 14:57:06   000:00:46   En-Route: 000:00:39 *(1st Dispatch to 1st En-Route)*
1st Dispatch: 09/13/19 14:57:17   000:00:57   *(Time Held)*   On-Scene: 000:03:57 *(1st Arrive to Last Clear)*
1st En-Route: 09/13/19 14:57:56   000:01:36
1st Arrive: 09/13/19 15:09:18   000:12:58   *(Reaction Time)*
Last Clear: 09/13/19 15:13:15   000:16:55

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 2E120 | 2X1382 | D | Dispatched | 09/13/19 14:57:17 | Stat/Beat: 2E2 | | ABOGARD |
| 2E140 | 2X1231 | D | Dispatched | 09/13/19 14:57:17 | Stat/Beat: 2E4 | | ABOGARD |

Report Generated: 09/14/2019 19:34:13 | User ID: JLEWIS

\\CADSQLSERVER\OSSIAPPS\CAD\rpt
\EventHistory_Event_Portrait

Page 1 of 2

| Event ID: 2019-000206449 | Call Ref #: 119 | THEFT IN PROGRESS at 1356 N GREEN RIVER RD |
|---|---|---|

| Unit | Empl ID | Status | Description | Time Stamp | Stat/Beat | Close Code | User |
|------|---------|--------|-------------|------------|-----------|------------|------|
| 2E120 | 2X1382 | X | Canceled | 09/13/19 14:57:23 | | | ABOGARD |
| 2E140 | 2X1231 | X | Canceled | 09/13/19 14:57:23 | | | ABOGARD |
| 2E23 | 2X1458 | D | Dispatched | 09/13/19 14:57:56 | Stat/Beat: 2E3 | | ABOGARD |
| 2E23 | 2X1458 | E | En-Route | 09/13/19 14:57:56 | Stat/Beat: 2E3 | | ABOGARD |
| 2E23 | 2X1458 | A | Arrived | 09/13/19 15:09:18 | | | Unit:2E23 |
| 2E23 | 2X1458 | C | Cleared | 09/13/19 15:13:15 | GOA | GOA | ABOGARD |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TR | Time Received | 09/13/19 14:56:20 | By: E911 | | CCAPIN |
| | | ENT | Entered Street | 09/13/19 14:56:20 | 1356 N GREEN RIVER RD | | CCAPIN |
| | | VER | Verified Street | 09/13/19 14:56:22 | 1356 N GREEN RIVER RD | | CCAPIN |
| | | ENT | Entered Nature | 09/13/19 14:56:38 | THEFT IN PROGRESS | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 14:57:04 | EMERGENCY NOTIFY USED | | CCAPIN |
| | | FIN | Finished Call Taking | 09/13/19 14:57:06 | | | CCAPIN |
| | | REC | Unit Rec Btn Click | 09/13/19 14:57:15 | Unit recommend for THEFT IN PROGRE | | ABOGARD |
| | | REC | Unit Recommendation | 09/13/19 14:57:17 | Plan: EPD Cat: 2L Lvl: 1 | | ABOGARD |
| | | REC | Unit Recommendation | 09/13/19 14:57:17 | Recmnd:2E120 [PAT],  2E140 [PAT] | | ABOGARD |
| | | REC | Unit Recommendation [ | 09/13/19 14:57:18 | Recmnd:2E120 [PAT],  2E140 [PAT] | | ABOGARD |
| | | REC | Unit Recommendation [ | 09/13/19 14:57:18 | Plan: EPD Cat: 2L Lvl: 1 | | ABOGARD |
| | | ARM | Added Remarks | 09/13/19 14:57:20 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 14:57:25 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 14:57:39 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 14:57:56 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 14:58:28 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 14:58:44 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 15:00:18 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 15:00:22 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 15:00:27 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 15:13:01 | | | Unit:2E23 |

### Related Names

| Last, First, MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|
| Grand, Buffet | CALL | | | | 0 | | | | (812) 476-6666 | |

Address: 1356 N Green River Rd, Evansville, IN

Oln:    Oln St:

Notes:

| User: JLEWIS | EVANSVILLE POLICE DEPARTMENT | 09/14/19 16:13:16 |
|---|---|---|

## Event Report

**Event ID:** 2019-000206693  **Call Ref #:** 354  **Date/Time Received:** 09/13/19 19:44:42

| | | | | | Services Involved | |
|---|---|---|---|---|---|---|
| **Rpt #:** 19-20309 | **Call Source:** E911 | **Prime Unit:** | 2E210 SMITH, SHAWN PHILLIP | | **LAW** | **EMS** |

**Location:** 4300 DIVISION ST AUTO PLZ

**X-ST:** *N CONGRESS AVE*  **Jur:** CAD  **Service:** LAW  **Agency:** EPD
**St/Beat:** 2E2  **District:** 2E  **RA:** 1534

**Business:** D PATRICK HONDA  **Phone:** (812) 477-6201  **GP:** 2E2A

**Nature:** **INTOXICATED PERSON**  **Alarm Lvl:** 1  **Priority:** 4  **Medical Priority:**

**Caller:** VERIZON  **Alarm:**
**Addr:** 355 Plaza East  **Phone:** (812) 484-6395  **Alarm Type:**

**Vehicle #:**  **St:**  **Report Only:** No  **Race:**  **Sex:**  **Age:**

**Call Taker:** KAHERTWECK  **Console:** JDCD11

**Geo-Verified Addr.:** Yes  **Nature Summary Code:**  **Disposition:** ARR  **Close Comments:**

**Notes:** **See Event Notes Addendum at end of this report**

### Times

| | | Time From Call Received | | | |
|---|---|---|---|---|---|
| Call Received: | 09/13/19 19:44:42 | | | | |
| Call Routed: | 09/13/19 19:46:12 | 000:01:30 | Unit Reaction: | 000:02:41 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: | 09/13/19 19:46:12 | 000:01:30 | En-Route: | : : | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: | 09/13/19 19:49:30 | 000:04:48  *(Time Held)* | On-Scene: | 011:09:03 | *(1st Arrive to Last Clear)* |
| 1st En-Route: | 09/13/19 19:49:30 | 000:04:48 | | | |
| 1st Arrive: | 09/13/19 19:52:11 | 000:07:29  *(Reaction Time)* | | | |
| Last Clear: | 09/14/19 07:01:14 | 011:16:32 | | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 2E220 | 2X1435 | D | Dispatched | 09/13/19 19:49:30 | Out Srv: [KP] at CHIC FIL A | | ABOGAR |
| 2E220 | 2X1435 | E | En-Route | 09/13/19 19:49:30 | Out Srv: [KP] at CHIC FIL A | | ABOGAR |
| 2E220 | 2X1435 | X | Canceled | 09/13/19 19:51:21 | Cancelled by Exchange Command | | ABOGAR |
| 2S220 | 2X1471 | D | Dispatched | 09/13/19 19:51:21 | Stat/Beat: 2S2 | | ABOGAR |
| 2S220 | 2X1471 | E | En-Route | 09/13/19 19:51:21 | Stat/Beat: 2S2 | | ABOGAR |
| 2S220 | 2X1471 | A | Arrived | 09/13/19 19:52:11 | | | Unit:2S22 |
| 2E220 | 2X1435 | D | Dispatched | 09/13/19 19:53:55 | Out Evt: [E] at 1801 N GREEN RIVER RD | | ABOGAR |
| 2E220 | 2X1435 | E | En-Route | 09/13/19 19:53:55 | Out Evt: [E] at 1801 N GREEN RIVER RD | | ABOGAR |
| 2E23 | 2X1458 | D | Dispatched | 09/13/19 19:54:05 | Stat/Beat: 2E3 | | ABOGAR |
| 2E23 | 2X1458 | E | En-Route | 09/13/19 19:54:05 | Stat/Beat: 2E3 | | ABOGAR |
| 2S6 | 2X5176 | D | Dispatched | 09/13/19 19:54:15 | Stat/Beat: 2SSG | | ABOGAR |
| 2S6 | 2X5176 | E | En-Route | 09/13/19 19:54:15 | Stat/Beat: 2SSG | | ABOGAR |
| 2E220 | 2X1435 | A | Arrived | 09/13/19 19:55:00 | | | ABOGAR |
| 2E6 | 2X5193 | D | Dispatched | 09/13/19 19:56:42 | Out Evt: [D] at EDP SGT | | ABOGAR |
| 2S6 | 2X5176 | A | Arrived | 09/13/19 19:56:52 | | | ABOGAR |
| 2E24 | 2X1406 | D | Dispatched | 09/13/19 19:57:08 | Out Evt: [A] at 401 N BURKHARDT RD | | ABOGAR |
| 2E24 | 2X1406 | A | Arrived | 09/13/19 19:59:16 | | | ABOGAR |
| 2D911 | 2X1247 | D | Dispatched | 09/13/19 20:14:08 | | | ABOGAR |

r_inci  Page 1

Event ID:   2019-0002066   Call Ref #:   354   **INTOXICATED PERSON at 4300 DIVISION ST AUTO PLZ**

**Radio Log**

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 2D911 | 2X1247 | E | En-Route | 09/13/19 20:14:08 | | | ABOGAR |
| 2D911 | 2X1247 | A | Arrived | 09/13/19 20:24:14 | | | ABOGAR |
| 2E210 | 2X1336 | D | Dispatched | 09/13/19 20:25:15 | Stat/Beat: 2E1 | | Unit:2E21 |
| 2E210 | 2X1336 | E | En-Route | 09/13/19 20:25:15 | Stat/Beat: 2E1 | | Unit:2E21 |
| 2E210 | 2X1336 | A | Arrived | 09/13/19 20:25:15 | Stat/Beat: 2E1 | | Unit:2E21 |
| 2E210 | 2X1336 | X | Canceled | 09/13/19 20:25:46 | Pre-empted to Event # 347 | | ABOGAR |
| 2D911 | 2X1247 | L | Location Change | 09/13/19 20:29:35 | ST VINCENT HOSPITAL 3700 | | CCAPIN |
| 2E24 | 2X1406 | L | Location Change | 09/13/19 20:31:43 | HONDA DEALER | | CCAPIN |
| 2S220 | 2X1471 | L | Location Change | 09/13/19 20:37:55 | ST VINCENT HOSPITAL 3700 | | ABOGAR |
| 2E23 | 2X1458 | C | Cleared | 09/13/19 20:40:56 | AST | AST | ABOGAR |
| 2S6 | 2X5176 | C | Cleared | 09/13/19 20:43:51 | AST | AST | ABOGAR |
| 2W5 | 2X5179 | D | Dispatched | 09/13/19 20:55:05 | Stat/Beat: 2WSG | | Unit:2W5 |
| 2W5 | 2X5179 | E | En-Route | 09/13/19 20:55:05 | Stat/Beat: 2WSG | | Unit:2W5 |
| 2W5 | 2X5179 | A | Arrived | 09/13/19 20:55:05 | Stat/Beat: 2WSG | | Unit:2W5 |
| 2E6 | 2X5193 | L | Location Change | 09/13/19 21:06:50 | EPD HEADQUARTERS | | ABOGAR |
| 2D911 | 2X1247 | C | Cleared | 09/13/19 21:07:36 | AST | AST | ABOGAR |
| 2E24 | 2X1406 | L | Location Change | 09/13/19 21:13:52 | ST VINCENT HOSPITAL 3700 | | ABOGAR |
| 2W5 | 2X5179 | L | Location Change | 09/13/19 21:15:57 | EPD HEADQUARTERS | | ABOGAR |
| 2E24 | 2X1406 | C | Cleared | 09/13/19 21:25:39 | AST | AST | TGOTT |
| 2S220 | 2X1471 | RPT | Report Only | 09/13/19 21:27:28 | Additional Report EPD Report #19-20310 | | TGOTT |
| 2D203 | 2X1379 | D | Dispatched | 09/13/19 21:33:17 | | | ABOGAR |
| 2D203 | 2X1379 | E | En-Route | 09/13/19 21:33:17 | | | ABOGAR |
| 2E24 | 2X1406 | D | Dispatched | 09/13/19 21:42:06 | Stat/Beat: 2E4;354 | | ABOGAR |
| 2E24 | 2X1406 | E | En-Route | 09/13/19 21:42:06 | Stat/Beat: 2E4;354 | | ABOGAR |
| 2E24 | 2X1406 | L | Location Change | 09/13/19 21:42:15 | 201 N CONGRESS | | ABOGAR |
| 2D911 | 2X1247 | D | Dispatched | 09/13/19 21:49:37 | | | ABOGAR |
| 2D911 | 2X1247 | L | Location Change | 09/13/19 21:49:43 | 201 N CONGRESS | | ABOGAR |
| 2E220 | 2X1435 | L | Location Change | 09/13/19 21:50:15 | EPD HEADQUARTERS | | ABOGAR |
| 2E24 | 2X1406 | A | Arrived | 09/13/19 21:50:37 | | | ABOGAR |
| 2D911 | 2X1247 | A | Arrived | 09/13/19 21:52:45 | | | ABOGAR |
| 2E220 | 2X1435 | C | Cleared | 09/13/19 21:57:58 | DESC | DESC | ABOGAR |
| 2E220 | 2X1435 | D | Dispatched | 09/13/19 21:59:10 | Stat/Beat: 2E2 | | ABOGAR |
| 2E220 | 2X1435 | L | Location Change | 09/13/19 21:59:26 | EPD HEADQUARTERS | | ABOGAR |
| 2W5 | 2X5179 | C | Cleared | 09/13/19 22:05:41 | | AST | CCAPIN |
| 2E31 | 2X1377 | D | Dispatched | 09/13/19 22:08:32 | Out Srv: [O  ] at Just Logged In | | Unit:2E31 |
| 2E31 | 2X1377 | E | En-Route | 09/13/19 22:08:32 | Out Srv: [O  ] at Just Logged In | | Unit:2E31 |
| 2E210 | 2X1336 | D | Dispatched | 09/13/19 22:09:50 | Stat/Beat: 2E1 | | Unit:2E21 |
| 2E210 | 2X1336 | E | En-Route | 09/13/19 22:09:50 | Stat/Beat: 2E1 | | Unit:2E21 |
| 2E210 | 2X1336 | A | Arrived | 09/13/19 22:09:50 | Stat/Beat: 2E1 | | Unit:2E21 |
| 2E31 | 2X1377 | A | Arrived | 09/13/19 22:22:36 | | | Unit:2E31 |
| 2D23 | 2X5188 | D | Dispatched | 09/13/19 22:29:52 | | | RMUELL |
| 2D23 | 2X5188 | E | En-Route | 09/13/19 22:29:52 | | | RMUELL |
| 2D23 | 2X5188 | A | Arrived | 09/13/19 22:29:52 | | | RMUELL |
| 2D23 | 2X5188 | L | Location Change | 09/13/19 22:30:08 | BACK OF EASTLAND MALL - DILLARDS | | RMUELL |
| 2E31 | 2X1377 | C | Cleared | 09/13/19 22:40:17 | | AST | Unit:2E31 |
| 2E24 | 2X1406 | C | Cleared | 09/13/19 22:45:56 | AST | AST | ABOGAR |
| 2D911 | 2X1247 | L | Location Change | 09/13/19 22:52:28 | CS GARAGE | | ABOGAR |
| 2D203 | 2X1379 | L | Location Change | 09/13/19 22:54:35 | EPD HEADQUARTERS | | CCAPIN |
| 2E210 | 2X1336 | C | Cleared | 09/13/19 22:59:14 | ARR | ARR | JAPP |
| 2E220 | 2X1435 | RPT | Report Only | 09/13/19 23:12:05 | Additional Report EPD Report #19-20314 | | JAPP |
| 2W8 | 2X5198 | D | Dispatched | 09/13/19 23:29:02 | Out Srv: [O  ] at Just Logged In | | Unit:2W8 |
| 2W8 | 2X5198 | E | En-Route | 09/13/19 23:29:02 | Out Srv: [O  ] at Just Logged In | | Unit:2W8 |
| 2W8 | 2X5198 | A | Arrived | 09/13/19 23:29:02 | Out Srv: [O  ] at Just Logged In | | Unit:2W8 |

Event ID:   2019-0002066   Call Ref #:   354   **INTOXICATED PERSON at 4300 DIVISION ST AUTO PLZ**

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 2D911 | 2X1247 | C | Cleared | 09/13/19 23:50:40 | AST | AST | JAPP |
| 2E6 | 2X5193 | C | Cleared | 09/14/19 00:03:32 | AST | AST | JAPP |
| 2W8 | 2X5198 | C | Cleared | 09/14/19 00:44:19 | AST | AST | JAPP |
| 2E220 | 2X1435 | C | Cleared | 09/14/19 00:45:30 | RPT | AST | CZAMOR |
| 2D203 | 2X1379 | C | Cleared | 09/14/19 01:27:03 | AST | AST | JAPP |
| 2D23 | 2X5188 | C | Cleared | 09/14/19 06:48:06 | AST | AST | CZAMOR |
| 2S220 | 2X1471 | C | Cleared | 09/14/19 07:01:14 | RPT | AST | CANDER |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 09/13/19 19:44:42 | By: E911 | | KAHERT |
| | | ENT | Entered Street | 09/13/19 19:44:42 | 355 Plaza East | | KAHERT |
| | | CHG | Changed Street | 09/13/19 19:44:48 | 355 Plaza East --> 4300 DIVISION ST AUTO | | KAHERT |
| | | CHG | Changed AddSt | 09/13/19 19:44:49 | CALLBK=(81 --> | | KAHERT |
| | | ENT | Entered Remarks | 09/13/19 19:46:07 | | | KAHERT |
| | | ENT | Entered Nature | 09/13/19 19:46:10 | INTOXICATED PERSON | | KAHERT |
| | | FIN | Finished Call Taking | 09/13/19 19:46:12 | | | KAHERT |
| | | ARM | Added Remarks | 09/13/19 19:53:39 | | | ABOGAR |
| | | SP | Spawned | 09/13/19 19:54:19 | Spawned LAW event #2019000206696, | | LFLEEN |
| | | ARM | Added Remarks | 09/13/19 19:55:10 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:55:10 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:56:06 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:56:06 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:56:23 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:56:23 | Sent to: Linked Events | | ABOGAR |
| | | FF | Fast Forward to EMS | 09/13/19 19:56:28 | EMS | | ABOGAR |
| | | SP | Spawned | 09/13/19 19:56:33 | Spawned EMS event #2019000206697, callref | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:57:06 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:57:06 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:58:01 | Notes sent from EMS event #2019000206697 | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:59:03 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:59:04 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:59:08 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 19:59:08 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:00:23 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:00:23 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:00:51 | Notes sent from FIRE event #2019000206698 | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 20:03:52 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:03:52 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:05:58 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:05:58 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:19:04 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:19:05 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:19:20 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:19:21 | Sent to: Linked Events | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 20:31:39 | | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 20:31:40 | Sent to: Linked Events | | CCAPIN |
| | | ARM | Added Remarks | 09/13/19 21:13:12 | | | Unit:2E24 |
| | | VCH | Viewed Call History | 09/13/19 21:14:56 | Location Information | | HMORR |
| | | RPT | Requested Report# | 09/13/19 21:20:04 | EPD Report #19-20309 | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 21:27:28 | | | TGOTT |
| | | ARM | Added Remarks | 09/13/19 21:50:44 | | | ABOGAR |
| | | ARM | Added Remarks | 09/13/19 22:30:15 | | | RMUELL |

Event ID:  2019-0002066   Call Ref #:  354   **INTOXICATED PERSON at 4300 DIVISION ST AUTO PLZ**

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
|      |         | ARM  | Added Remarks | 09/13/19 22:30:20 |  |  | RMUELL |
|      |         | CHG  | Changed PrimeUnit | 09/13/19 22:45:54 | 2S220 --> 2E210 |  | ABOGAR |
|      |         | ARM  | Added Remarks | 09/13/19 22:51:45 |  |  | ABOGAR |
|      |         | ARM  | Added Remarks | 09/13/19 23:12:06 |  |  | JAPP |

### Event Notes Addendum

Notes: INTOX WM GRN SHORT SLEEVE BUTTON DOWN SHIRT (WITH BUTTONS OPEN), JEANS KEEPS COMING ONTO THE BACK PARKING LOT AND JUST KEEPS COMING BACK AND FORTH. STANDING OUT BY THE BODY SHOP SIGN AT CONGRESS/INDIANA RIGHT NOW  [09/13/19 19:46:07 KAHERTWECK]{2S220} UP TOWARDS EASTLAND MALL  [09/13/19 19:53:39 ABOGARD]
{2S220} REAR LOT BY THE SEMI`S  [09/13/19 19:55:10 ABOGARD]
{2E220} IN CUSTODY  [09/13/19 19:56:06 ABOGARD]
{2E220} NEED SGT FOR UOF, NEED AMR  [09/13/19 19:56:23 ABOGARD]
{2S220} MY CAR IS INFRONT OF D PATRICK, NEED IT SECURED  [09/13/19 19:57:06 ABOGARD]
[EMS] FRONT PARKING LOT OF 201 N CONGRESS  [09/13/19 19:58:01 ABOGARD]
SUBJ IS UNRESPONSIVE  [09/13/19 19:59:03 ABOGARD]
PREMEIER TRANSPORTATION  [09/13/19 19:59:08 ABOGARD]
{2E220} CPR IS IN PROGRESS  [09/13/19 20:00:23 ABOGARD]
[FIRE] AMR NOTIF  [09/13/19 20:00:51 CCAPIN]
{2E6} AMR AND FIRE ARE ONSCENE  [09/13/19 20:03:52 ABOGARD]
{2E24} NEED CS  [09/13/19 20:05:58 ABOGARD]
{2E24} AMR 0985  [09/13/19 20:19:04 ABOGARD]
{2E220} AMR TO ST VINCENT  [09/13/19 20:19:20 ABOGARD]
{2E24} AT THE HONDA DEALERSHIP  [09/13/19 20:31:39 CCAPIN]
Reporter of this run:
Cyril Fraker
4-10-88
812-484-6395
933 B Stanley Ave
Evansville IN 47711

Derrick Norton
5-2-1972
812-453-8083
401 Lant Lane
Evansville IN 47715

Both are managers at Honda Dealership  [09/13/19 21:13:12 Unit:2E24]
2S220 Generated Additional Report # 19-20310  [09/13/19 21:27:28 TGOTT]
{2E24} UNIT WITH CRIME SCENE TAPE?  [09/13/19 21:50:44 ABOGARD]
{2D23} NEED TST FOR TK W CAMPER SHELL  [09/13/19 22:30:15 RMUELLER]
TST @   [09/13/19 22:30:20 RMUELLER]
{2D911} FOLLOWING TST TO THE CS GARAGE  [09/13/19 22:51:45 ABOGARD]
2E220 Generated Additional Report # 19-20314  [09/13/19 23:12:06 JAPP]

# EVANSVILLE/VANDERBURGH CENTRAL DISPATCH

## Event Report

Event ID: **2019-000206411**  Call Ref #: 82  Date/Time Received: 09/13/19 14:14:27

Rpt #:  Prime Unit: **2E24**  Services Involved: LAW
Call Source: E911  HOLDEN, JACKLYN LORRAINE

Location: **4424 VOGEL RD**
X-ST: NEWTON AVE / N HEBRON AVE
Jur: CAD  Service: LAW  Agency: EPD
St/Beat: 2E2  District: 2E  RA: 1532
Business: GERMAN AMERICAN BANK  Phone: (812) 962-2265  GP: 2E2A

Nature: **SUSPICIOUS CIRCUMSTANCES**  Alarm Lvl: 1  Priority: 4  Medical Priority:

Reclassified Nature:

Caller: AT&T MOBILITY  Alarm:
Addr: 1251 N STOCKWELL  Phone: (812) 453-0187  Alarm Type:

Vehicle #:  St:  Report Only: No  Race:  Sex:  Age:

Call Taker: LWINGERTER  Console: JDCD02
Geo-Verified Addr.: Yes  Nature Summary Code:  Disposition: GOA  Close Comments:

Notes: W/M BALD, WEARING NO SHIRT ON THE BACK LOT LOOKING INTO A RED NISS  [09/13/19 14:15:15 LWINGERTER]

### Times

Call Received: 09/13/19 14:14:27
Call Routed: 09/13/19 14:15:15
Call Take Finished: 09/13/19 14:15:15
1st Dispatch: 09/13/19 14:20:23
1st En-Route: 09/13/19 14:20:44
1st Arrive: 09/13/19 14:29:04
Last Clear: 09/13/19 14:31:46

Time From Call Received
000:00:48
000:00:48
000:05:56  (Time Held)
000:06:17
000:14:37  (Reaction Time)
000:17:19

Unit Reaction: 000:08:41  (1st Dispatch to 1st Arrive)
En-Route: 000:00:21  (1st Dispatch to 1st En-Route)
On-Scene: 000:02:42  (1st Arrive to Last Clear)

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 2E24 | 2X1406 | D | Dispatched | 09/13/19 14:20:23 | Stat/Beat: 2E4 | | LLESLIE |
| 2E24 | 2X1406 | E | En-Route | 09/13/19 14:20:44 | | | LLESLIE |
| 2E24 | 2X1406 | A | Arrived | 09/13/19 14:29:04 | | | LLESLIE |
| 2E24 | 2X1406 | C | Cleared | 09/13/19 14:31:46 | GOA | GOA | LLESLIE |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 09/13/19 14:14:27 | By: E911 | | LWINGERTER |
| | | ENT | Entered Street | 09/13/19 14:14:27 | 1251 N STOCKWELL | | LWINGERTER |

Report Generated: 09/14/2019 16:11:27 | User ID: JLEWIS

| | | | | |
|---|---|---|---|---|
| CHG | Changed Street | 09/13/19 14:14:39 | 1251 N STOCKWELL --> 4424 VOGEL | LWINGERTER |
| CHG | Changed AddSt | 09/13/19 14:14:52 | CALLBK=(81 --> | LWINGERTER |
| ENT | Entered Nature | 09/13/19 14:14:55 | SUSPICIOUS CIRCUMSTANCES | LWINGERTER |
| ENT | Entered Remarks | 09/13/19 14:15:15 | | LWINGERTER |
| FIN | Finished Call Taking | 09/13/19 14:15:15 | | LWINGERTER |
| REC | Unit Rec Btn Click | 09/13/19 14:20:10 | Unit recommend for SUSPICIOUS CIRC | LLESLIE |
| REC | Unit Recommendation | 09/13/19 14:20:22 | Plan: EPD Cat: 2L Lvl: 1 | LLESLIE |
| REC | Unit Recommendation | 09/13/19 14:20:22 | Recmnd:2E110 [PAT], 2E150 [PAT] | LLESLIE |
| REC | Unit Recommendation [I | 09/13/19 14:20:23 | Recmnd:2E110 [PAT], 2E150 [PAT] | LLESLIE |
| REC | Unit Recommendation [I | 09/13/19 14:20:23 | Plan: EPD Cat: 2L Lvl: 1 | LLESLIE |

| **Related Names** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Last, First, MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph   Work Ph |
| At&T, Mobility | CALL | | | | 0 | | | | (812) 453-0187 |

Address: 1251 N Stockwell Rd, Evansville, IN
Oln:                              Oln St:
Notes:

# EVANSVILLE/VANDERBURGH CENTRAL DISPATCH

## Event Report

| | | |
|---|---|---|
| Event ID: **2019-000206474** | Call Ref #: 143 | Date/Time Received: 09/13/19 15:22:05 |

Rpt #:  
Call Source: E911  
Prime Unit: 2E24  HOLDEN, JACKLYN LORRAINE  
Services Involved: **LAW**

Location: **4602 VOGEL RD**  
X-ST: N HEBRON AVE / N GREEN RIVER RD  
Jur: CAD   Service: LAW   Agency: EPD  
St/Beat: 2E2   District: 2E   RA: 1532  
Business: VIETNAMESE CUISINE   Phone: (812) 471-8891   GP: 2E2A

Nature: **CHECK WELFARE**   Alarm Lvl: 1   Priority: 4   Medical Priority:

Reclassified Nature:

Caller: AT&T MOBILITY   Alarm:  
Addr: 355 Plaza East   Phone: (812) 598-8700   Alarm Type:

Vehicle #:   St:   Report Only: No   Race:   Sex:   Age:

Call Taker: KAHERTWECK   Console: JDCD11  
Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: GOA   Close Comments:

Notes: WM UNBUTTONED SHIRT STANDING IN FRONT OF THE BUSINESS W/ A CAN OF SOMETHING IN HIS HAND LOOKING INTO VEH`S.
NOW WALKING TOWARDS THE WEST SIDE OF THE BUILDING NEAR GERMAN AMERICAN BANK  [09/13/19 15:23:05 KAHERTWECK]

### Times

| | Time From Call Received | | |
|---|---|---|---|
| Call Received: 09/13/19 15:22:05 | | Unit Reaction: 000:05:52 | *(1st Dispatch to 1st Arrive)* |
| Call Routed: 09/13/19 15:23:17 | 000:01:12 | En-Route: | *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: 09/13/19 15:23:17 | 000:01:12 | On-Scene: 000:01:37 | *(1st Arrive to Last Clear)* |
| 1st Dispatch: 09/13/19 15:44:47 | 000:22:42  *(Time Held)* | | |
| 1st En-Route: 09/13/19 15:44:47 | 000:22:42 | | |
| 1st Arrive: 09/13/19 15:50:39 | 000:28:34  *(Reaction Time)* | | |
| Last Clear: 09/13/19 15:52:16 | 000:30:11 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 2E24 | 2X1406 | D | Dispatched | 09/13/19 15:44:47 | Stat/Beat: 2E4 | | ABOGARD |
| 2E24 | 2X1406 | E | En-Route | 09/13/19 15:44:47 | Stat/Beat: 2E4 | | ABOGARD |
| 2E24 | 2X1406 | A | Arrived | 09/13/19 15:50:39 | | | ABOGARD |
| 2E24 | 2X1406 | C | Cleared | 09/13/19 15:52:16 | | GOA | ABOGARD |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 09/13/19 15:22:05 | By: E911 | | KAHERTWECK |
| | | ENT | Entered Street | 09/13/19 15:22:05 | 355 Plaza East | | KAHERTWECK |

Report Generated: 09/14/2019 19:29:57 | User ID: JLEWIS

\\CADSQLSERVER\OSSIAPPS\CAD\rpt  
\EventHistory_Event_Portrait

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Event ID: 2019-000206474 | Call Ref #: 143 | **CHECK WELFARE at 4602 VOGEL RD** | | |

| | | | | |
|---|---|---|---|---|
| CHG | Changed Street | 09/13/19 15:22:10 | 355 Plaza East --> C/VIETNAM | KAHERTWECK |
| ENT | Entered Remarks | 09/13/19 15:23:05 | | KAHERTWECK |
| ENT | Entered Nature | 09/13/19 15:23:09 | CHECK WELFARE | KAHERTWECK |
| CHG | Changed Street | 09/13/19 15:23:16 | C/VIETNAM --> 4424 VOGEL RD | KAHERTWECK |
| CHG | Changed AddSt | 09/13/19 15:23:17 | CALLBK=(81 --> | KAHERTWECK |
| FIN | Finished Call Taking | 09/13/19 15:23:17 | | KAHERTWECK |
| CHG | Changed Street | 09/13/19 15:24:08 | 4424 VOGEL RD --> 4602 VOGEL RD | KAHERTWECK |
| CHG | Changed Business_CallI | 09/13/19 15:24:21 | PIZZA KING --> VIETNAMESE CUISINE | KAHERTWECK |

| **Related Names** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last, First, MI Suffix | | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph   Work Ph |
| At&T, Mobility | | CALL | | | | 0 | | | | (812) 598-8700 |
| Address: 355 Plaza East, | | | | | | | | | | |
| Oln: | | | | Oln St: | | | | | | |
| Notes: | | | | | | | | | | |