# CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 05/16/2020  02:58

*Evansville Police Department*  OCA: **1920309**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** OTHER | **Case Mng Status:** OTHER - CLOSED NON... | **Occurred:** 09/13/2019 |
| **Offense:** BATTERY - PUBLIC SAFETY OFFICIAL | | |

| | | |
|---|---|---|
| **Investigator:** BROWN, D. R. (2X5193) | **Date / Time:** 09/13/2019 21:39:16, Friday | |
| **Supervisor:** HUNT, W. K. (2X5187) | **Supervisor Review Date / Time:** NOT REVIEWED | |
| **Contact:** | **Reference:** Standard Supplement | |

SUPPLEMENT
Officer`s Name: David Brown  Badge Number: 2X5193
Date: 091319
Crime: Resist Law
Date of occurrence: 091319
Place: 201 N Congress (Premier Trucking)
Victim: State

   I spoke with all 4 of the witnesses. WI1 and WI2 both work at D Patrick Honda and were the original callers for an Intoxicated Person. They said they had to ask him to leave the property several times. He had walked into the trim/body shop which is for employees only. They escorted him out of the gated area. Both said he was aggressive and was unsteady on his feet and kept walking into the roadway. That was when they called 911. They both saw the offender fight with the officers and then run north. They lost sight of him at that point.
   I spoke with WI 3 and WI 4. They were on the lot of 201 N. Congress. They saw the male running and then fight with the officers.

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 05/16/2020 02:58

*NOT SUPERVISOR APPROVED*

*Evansville Police Department*                                                                 OCA: **1920309**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *OTHER* | **Case Mng Status:** *OTHER - CLOSED NON...* | **Occurred:** *09/13/2019* |
| **Offense:** *BATTERY - PUBLIC SAFETY OFFICIAL* | | |

| | | |
|---|---|---|
| **Investigator:** *MCQUAY, J. F. (2X5176)* | **Date / Time:** | *09/13/2019 22:12:09, Friday* |
| **Supervisor:** *HUNT, W. K. (2X5187)* | **Supervisor Review Date / Time:** | *NOT REVIEWED* |
| **Contact:** | **Reference:** | *Standard Supplement* |

SUPPLEMENT
Officer`s Name: Sgt. J. McQuay     Badge Number: 2x5176
Date: 9/13/19
Crime: Resisting LE
Date of occurrence: 9/13/19
Place: 201 N. Congress
Victim: State of Indiana

I heard Officers request assistance for a fleeing suspect in the vicinity of D-Patrick auto dealerships on Division St.. I went enroute to assist. I then heard the Officers call that the suspect was in-custody and then unresponsive. They requested EFD and AMR to respond. I arrived at the scene at 201 N. Congress to assess the situation.

When I arrived, I saw that the suspect was on the ground, laying on his side, with his hands handcuffed behind his back. Officers were attending to him. I made sure that a thorough search for weapons had been performed. It then appeared to me that he was no longer breathing. I checked for a carotid pulse. I did not feel a pulse. I asked one of the other officers to check. Then I ordered him to be unhandcuffed and started CPR. Ofc. Hackworth attached the AED and continued to render aid. Officers performed CPR until EFD and AMR arrived. AMR then assumed care of the suspect. Once a pulse was regained, the suspect was transported to St. Vincent ER for treatment. Sgt. Brown arrived to investigate the use of force. I returned to headquarters.[09/13/2019 22:33, JMCQUAY, 1197, EPD]

_____                                         _____
Investigator Signature                                                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 05/16/2020  02:58

**Evansville Police Department**  OCA: **1920309**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** OTHER | **Case Mng Status:** OTHER - CLOSED NON... | **Occurred:** 09/13/2019 |
| **Offense:** BATTERY - PUBLIC SAFETY OFFICIAL | | |

| | | |
|---|---|---|
| **Investigator:** HOLDEN, J. L. (2X1406) | **Date / Time:** 09/14/2019 14:28:54, Saturday | |
| **Supervisor:** HUNT, W. K. (2X5187) | **Supervisor Review Date / Time:** NOT REVIEWED | |
| **Contact:** | **Reference:** Standard Supplement | |

SUPPLEMENT
Officer`s Name: J. Holden        Badge Number:2x1406
Date: 09/14/2019
Crime: Resist LE
Date of occurrence: 09/13/19
Place: 201 N Congress
Victim: State

I, Officer J. Holden, was dispatched to 4424 Vogel Rd for a suspicious circumstances at 1420 hundred hours on 09/13/19 for a "W/M BALD, WEARING NO SHIRT ON THE BACK LOT LOOKING INTO A RED NISS." I arrived in the area and attempted to locate the male. I spoke to two female employees were walking in the back lot, and asked them if they had seen the suspicious male. Both employees told me that had not seen him. I advised them to call 911 if he returned.
*********************************************************************************

I, Officer J. Holden, was dispatched to 4602 Vogel Rd for a check welfare at 1544 hundred hours on 09/13/19 for a "WM UNBUTTONED SHIRT STANDING IN FRONT OF THE BUSINESS W/ A CAN OF SOMETHING IN HIS HAND LOOKING INTO VEH`S. NOW WALKING TOWARDS THE WEST SIDE OF THE BUILDING NEAR GERMAN AMERICAN BANK." I arrived in the area and attempted to locate the male once again. I drove around the parking lots, checked multiple parking lots, and was unable to locate the male subject.

*********************************************************************************

I, Officer J. Holden, was working a hit and run accident at 401 N Burkhardt when I heard officers key up on the radio stating they had one running North by the mall. I finished giving my victim paperwork, sent dispatch a message to put me on 2s220`s run, and I began running code to the officers location. While I was enroute, I heard Officers key up on the radio and stated one in custody, start a Sgt. for use of force. I immediately stopped running code, but continued to assist. Officer M. Taylor advised on the radio he needed his patrol vehicle secured. I advised on the radio, I was enroute.

I arrived in the area, located Officer M. Taylor`s vehicle, and drove it up into the parking lot where all officers were at. Prior to moving his vehicle, two men approached me, and stated the box of food on the ground was from the suspect. I checked the to go box from Chili`s, which contained food.

I then moved all patrol vehicle`s to the parking lot of 201 N Congress. When I arrived on scene with all other officers I asked Sgt. McQuay if I could do anything to help. Officers were giving CPR, and I could see an airway had been put in for the suspect. Officers had also hooked up the suspect up to an AED machine. Myself and

_____        _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 05/16/2020  02:58

Evansville Police Department

OCA: **1920309**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** OTHER | **Case Mng Status:** OTHER - CLOSED NON... | **Occurred:** 09/13/2019 |
| **Offense:** BATTERY - PUBLIC SAFETY OFFICIAL | | |

| | | |
|---|---|---|
| **Investigator:** HOLDEN, J. L. (2X1406) | **Date / Time:** 09/14/2019 14:28:54, Saturday | |
| **Supervisor:** HUNT, W. K. (2X5187) | **Supervisor Review Date / Time:** NOT REVIEWED | |
| **Contact:** | **Reference:** Standard Supplement | |

Officer Gorman helped flag down fire and AMR so they could quickly render aid.

Fire and AMR were able to regain a pulse from the suspect, and he was then transported by AMR to St. Vincent Hospital.

Sgt. McQuay and Sgt. Brown advised me to go to the Honda Dealership and find the reporting party of this dispatched run. I contacted the phone number on the run card, and asked the witness to meet me. The witnesses, Cyril Fraker and Derrick Norton, stated they were managers at the Honda dealership and they would be at the business. I drove to the business and began speaking with Fraker and Norton.

Fraker stated he called 911 after the suspect had come into restricted areas of the business and would not leave the property. Fraker stated the suspect came into the detail shop, and kept looking through the windows. Fraker stated the suspect kept saying they had his Dodge Ram and he wanted it back. Frakers stated the suspect told him he dropped off his truck earlier this week. Fraker stated he had no idea what the suspect was talking about, and just wanted the suspect to leave. Fraker stated the suspect made the employees very uncomfortable and they locked the gates they normally would keep open.

Fraker stated the subject finally left and was stumbling around. Fraker stated he thought the subject was going to cross the street, but he kept stumbling like he was twisting his ankle. Franker stated when he began really stumbling around they called 911 because they thought he may return to their business.

Franker and Norton stated when officers arrived the suspect began arguing with officers and began fighting. Franker and Norton stated they saw officers tase the suspect and then he began running away. Franker and Norton stated once the suspect ran, they lost sight of anything else that happened.

I called Sgt. Brown who did not answer, and then called Sgt. McQuay and advised them I had located the reporters to the run. Sgt. Brown arrived at the Honda dealership with me and interviewed the two witnesses.

Sgt. Brown and myself went back to the area to check the box of food for any narcotics or anything else of evidentiary value. I located a key fob to a "RAM" along the side of the street, near the curb. Myself and Sgt. Brown drove around the parking lot of Chili`s and the front of the mall looking for a Dodge, Ram truck. I could not locate the vehicle, and took the key fob to the hospital to add it to his property per Sgt. Brown.

While on scene at St. Vincent, Sgt. McQuay contacted me and advised me to go back to the scene and secure the area. I arrived on scene and met with Crime Scene who helped set up crime scene tape. I held the scene until I was relieved by Officer Toney. [09/14/2019 15:08, JHOLDEN, 2214, EPD]

_____  _____
Investigator Signature    Supervisor Signature