# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Evansville Police Department
**ORI:** IN 0820100
**Case#:** 19-20309
**Date / Time Reported:** 09/13/2019  21:27  Fri
**Last Known Secure:** 09/13/2019  19:44  Fri
**At Found:** 09/13/2019  20:19  Fri

**Location of Incident:** 4300 DIVISION ST AUTO PLZ, Evansville IN 47715-
**Premise Type:** Highway/road/street/alley
**Beat/Sector:** 2E2, 2E

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Battery - Public Safety Official  35-42-2-1(D)(2) [L6] | F | HANDS, FISTS, FEET | | | | |
| #2 | Resist Law Enforcement [am]  35-44.1-3-1 10 [AM] | M | | | | | |
| #3 | Alc-public Intox [bm]  7.1-5-1-3 [BM] | M | | | | | |

**MO:**

## VICTIM

**# of Victims:** 2  **Type:** LAW ENFORCEMENT  **Injury:** Abrasion

**V1** KOONTZ, TREVOR
**Victim of Crime #:** 1,
**Relationship To Offender:** NO
**Home Address:** 15 NW MARTIN LUTHER KING JR BLVD, Evansville, IN 47708-

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** SOCIETY (STATE OF INDIANA)  **Injury:**
**Code:** V2  **Name:** State of Indiana
**Victim of Crime #:** 2,3

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | ESU | EVID | $1.00 | | 1 | SURVEILLANCE VIDEO/CD/DVD | | |
| | CLO | EVID | $0.00 | | 1 | CLOTHING | | |
| | CUR | EVID | $0.00 | | 1 | CURRENCY | | |
| | MISC | EVID | $0.00 | | 1 | TASER WIRE | | |
| | MISC | EVID | $0.00 | | 1 | TASER BARB | | |
| | CIGS | EVID | $0.00 | | 1 | CIGARETTE PACK | | |

**Officer/ID#:** BROWN, D. R. (2X5193)
**Invest ID#:** LEWIS, J. L. (2X1386)
**Supervisor:** (0)

**Case Status:** Other  10/16/2019
**Case Disposition:** Closed-non Criminal  10/16/2019
**Page 1**

R_CS1IBR   Printed By: JLEWIS, 0000   Sys#: 584736   05/16/2020 02:57

**Incident Report Additional Name List**

*Evansville Police Department*  OCA: *19-20309*

## Additional Name List

| # | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | WI  1 | FRAKER, CYRIL JEFFREY | | 04/10/1988 | 31 | W | M |
| | Address | 933 STANLEY AVE , EVANSVILLE, IN 47711-3445 | | H: 812-484-6395 | | | |
| | Empl/Addr | D Patrick Honda, 4300 Division St | | B: 812-477-4036 | | | |
| | | | | Mobile #: 812-484-6395 | | | |
| 2) | WI  2 | NORTON, DERRICK SPENCER | | 05/02/1972 | 47 | W | M |
| | Address | 401 LANT LN , EVANSVILLE, IN 47715-3479 | | H: 812-453-8083 | | | |
| | Empl/Addr | D Patrick Honda, 4300 Division St | | B:  -  - | | | |
| | | | | Mobile #: 618-262-5161 | | | |
| 3) | WI  3 | SPURLOCK, BRENTLEE J | | 08/14/1987 | 32 | W | M |
| | Address | 6819 CLIFT WOOD DR , EVANSVILLE, IN 47712- | | H: 812-461-8861 | | | |
| | Empl/Addr | Union Local 106 | | B: 812-  - | | | |
| | | | | Mobile #: 812-461-8861 | | | |
| 4) | WI  4 | SPURLOCK, STEPHANIE DAWN | | 12/04/1965 | 53 | W | F |
| | Address | 6819 CLIFT WOOD DR , EVANSVILLE, IN 47712- | | H: 812-430-5288 | | | |
| | Empl/Addr | Disabled | | B:  -  - | | | |
| | | | | Mobile #: 812-  - | | | |

# INCIDENT/INVESTIGATION REPORT

*Evansville Police Department*

Case # *19-20309*

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 19-20309         *Evansville Police Department*

**NARRATIVE**

   Officers were dispatched to 4300 E. Division St. for an intoxicated white male wearing green button down shirt (buttons open) and jeans. The had been going in and out of the lot, fenced in area, and had walked into the trim and body shop which is for employee`s only.
   Officers arrived and found the male near Congress and Indiana St. The male put a box on the ground and walked toward them. When they confronted him, the male began to fight them. During the struggle, the offender struck an officer in the face. They gave commands to stop resisting. The male fled north and then tripped over a manhole cover and fell to the ground. The officers attempted to place the offender in cuffs and he continued to fight. After he was placed in cuffs he became unresponsive. EFD and AMR were called to the scene. Officer began CPR. AMR was able to resuscitate and transported to the hospital.

## Incident Report Suspect List

*Evansville Police Department*

OCA: *19-20309*

| 1 | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
|   | *SNUKIS, EDWARD  Sr* | | |

| Business Address |
|---|
| |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *10/15/1963* | | *W* | *M* | | | | *BRO* | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | *W* | *M* | | *508* | *250* | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes                                               Physical Char