```
 1            BEFORE THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF INDIANA
 2                       EVANSVILLE DIVISION

 3

 4   EDWARD C. SNUKIS, JR. and    )
     SAMANTHA SNUKIS,             )
 5   Co-Administrators of the     )
     Estate of Edward C.          )
 6   Snukis,                      )   Case No.
                                  )   3:21-cv-00135-TWP-MPB
 7              Plaintiffs,       )
                                  )
 8         -v-                    )
                                  )
 9   CITY OF EVANSVILLE,          )
     INDIANA; MATTHEW O.          )
10   TAYLOR, in his individual    )
     capacity as an Evansville    )
11   police officer; TREVOR       )
     KOONTZ, in his individual    )
12   capacity as an Evansville    )
     police officer; and          )
13   NICHOLAS HACKWORTH, in his   )
     individual capacity as an    )
14   Evansville police officer,   )
                                  )
15              Defendants.       )

16         The videotaped deposition upon oral
     examination of TREVOR KOONTZ, a witness produced and
17   sworn before me, Sherry D. Lenn, RPR, and Notary
     Public in and for the County of Warrick, State of
18   Indiana, taken on behalf of the Plaintiffs at the
     offices of Ziemer, Stayman, Weitzel & Shoulders, LLP,
19   20 N.W. First Street, Ninth Floor, Evansville,
     Indiana, on August 18, 2022, at 10:08 a.m., pursuant
20   to the Federal Rules of Civil Procedure.

21

22

23
                 STEWART RICHARDSON & ASSOCIATES
24                Registered Professional Reporters
                         (800)869-0873
25
```

1   A   Yes.
2   Q   Okay.  Tell me what you recall being taught about
3       arrests.
4   A   That when someone broke a said law, that -- that
5       then they are under an arrest if you have the
6       evidence put forth.
7   Q   Okay.  What about an arrest -- well, let's back up.
8       Do you know what a Terry stop is?
9   A   I remember the quotations, yes.
10  Q   Do you recall what it is, though?
11  A   No.
12  Q   But recall it being discussed?
13  A   Yes.
14  Q   Was that at U of E or in the army or -- sorry, not
15      the Army.  Was that at U of E or in the academy or
16      your rotation, or do you recall?
17  A   Academy and a little bit in our studies at U of E.
18  Q   Okay.  And again, do you recall any of the
19      specifics about Terry stops --
20  A   No.
21  Q   -- other than the phrase?
22  A   No.  I just remember that being a phrase.
23  Q   Were you taught at the academy anything about -- or
24      during your rotation anything about pain
25      compliance?

```
 1   A  Taught as in like a class of pain compliance or --
 2   Q  About --
 3   A  -- said that would be --
 4   Q  Yes.
 5   A  I'm confused.
 6   Q  Well, let me ask -- let me ask a different question
 7      then.  Based upon the training you received at the
 8      academy and the -- in your rotation, and I'll
 9      include U of E and the Army --
10   A  Right.
11   Q  -- do you -- what does pain compliance mean to you?
12   A  It means, you know, if someone is doing something,
13      that you then exert a certain force to get them to
14      comply, I would assume.
15   Q  You're assuming or --
16   A  No.  That's what my --
17   Q  -- you recall the training?
18   A  No, I don't recall the exact definition, but that's
19      what at this time I think it means.
20   Q  Okay.  So you don't recall what the training was
21      about pain compliance and the use of pain
22      compliance at the academy or during your
23      rotation --
24   A  No.
25   Q  -- is that correct?
```

```
 1   A   I do not.
 2   Q   Okay.  So let's -- let's just kind of start off --
 3       you know, I've asked you about September 13th and
 4       what happened before the incident.  And is it fair
 5       to say you don't recall anything that happened that
 6       day --
 7   A   Very little.
 8   Q   -- prior to the accident?
 9   A   Yes.
10   Q   All right.  So let's then now talk about the
11       incident and you tell me what you recall about the
12       encounter with Mr. Snukis.
13   A   Leading up to and through?
14   Q   Yes.
15   A   Okay.
16   Q   Start at the beginning.
17   A   Yep.  I remember getting called through dispatch to
18       a subject going through some car lots, checking
19       doors, and wouldn't listen to demands to leave from
20       employees.  And so we were dispatched to figure out
21       what -- you know, what was going on.  I don't
22       remember if it was a check welfare or if it was
23       disorderly or something like that.  I don't
24       remember that.
25           So we arrived on scene, and that's when the
```

```
 1  subject was -- we [as said] appeared to be the
 2  subject was right in front of our vehicle.  And
 3  that's when me and Officer Taylor exit our
 4  vehicles.  And I spoke with him, and he was being
 5  very confrontational.  So that's when I told him --
 6  he had a bag in his hand.  I told him to put down
 7  the bag.  And he had his arms up in the air and
 8  that kind of thing.  So I told him to calm down,
 9  listen to what I'm saying, and he wouldn't comply.
10  So that's when I approached him a little bit closer
11  as to if something did go on, that I was within
12  reactionable distance to, you know, either keeping
13  me safe or Officer Taylor safe.  And that's when he
14  wouldn't comply with commands, still, with either,
15  you know, me telling him to calm down or, you know,
16  listen to what I had to say and just to figure out
17  the situation.  And that's when I made the decision
18  to go hands on.  And at that point I told him to
19  put his arms down and to turn around so I could
20  place him in handcuffs, because he was raising his
21  voice.  His muscles were flexed.  His demeanor was
22  of a fighting stance.  So at that point I tried to
23  put him into custody, if you will.  I wasn't trying
24  to arrest him.  I was just trying to get him
25  controlled.  And he resisted, so I told him to stop
```

1  resisting.  And then that's when he broke away from
2  me and punched me across the face, striking my
3  nose.  At that point, it caught me off balance, and
4  I believe either I fell to the ground or nearly
5  fell to the ground or something -- it -- it
6  stumbled me.  And that's where Officer Taylor then
7  took point and gave him a certain amount of
8  commands.  And then after a moment his -- Officer
9  Taylor deployed his Taser.  The subject fell to the
10 ground, but it didn't quite get a good connection
11 because it didn't fully render him safe at that
12 point.  He stood back up and in a fighting stance,
13 so I drew my weapon at that point, because as we
14 were talking, the level of -- different levels.  So
15 he had not complied to the -- there he could then
16 -- now that we've already tried the Taser at that
17 point, he could still then strike and that would be
18 our next level.
19      Then at that point he took off running towards
20 the opposite direction, so we took chase at that
21 point.  I believe at that I heard over the radio
22 Officer Taylor describe the scene that he was
23 running to the other officers in what direction.
24 We lasted about half a block, and that's when the
25 subject tripped, falling into a parking lot.  I

```
 1   think it was like a sewer drain or sewer manhole or
 2   something he tripped over.  And that's where
 3   Officer Taylor then got on top of him and was
 4   trying to gain control.  He had the upper half of
 5   his body and I had the lower half, as which we were
 6   trained.  If one's on top, then the other one tries
 7   to get control of the legs so he can't stand up.
 8   So I gained control of both of his legs, and he
 9   gained control of his upper body.  And he then
10   tried to -- he just kept resisting.  We were
11   telling him to stop resisting, stop resisting, just
12   put your hands behind your back.  He was not
13   complying, so then I finally got control of one of
14   his arms and I put that behind his back.  He was
15   laying on his other arm, so we could not get that
16   arm from -- out from under him.  So we told him to,
17   you know, give us his other arm, comply, stop
18   resisting.  We finally got the other arm out and
19   free, and then in custody, and that's, I believe,
20   when Officer Hackworth entered the scene.  When he
21   got on scene, he assisted in fully putting the
22   subject in custody of actually then applying both
23   handcuffs around both wrists.  And then that's when
24   he rolled over on to his back or I rolled him --
25   either Officer Hackworth or I -- someone rolled
```

1  onto his back, and that's when we noticed his
2  breathing was there but kind of not fully as one
3  should be.  So we asked him to wake up, you know,
4  asked him for his alertness.  I believe either I
5  and/or Officer Taylor rubbed his chest.  It's
6  called a sternum rub to get him to wake up, and he
7  was a little conscious.  He was moving his lips at
8  that point I remember.  And then I checked his
9  pulse.  It was faint -- it was still there, but
10 faint.  And I alerted to Officer Taylor that -- you
11 know, I can't remember if I said something or if I
12 just, you know, looked at him.  And then we both
13 knew, you know, hey, he needed some help.  So
14 Officer Hackworth then at that point put some
15 gloves on and then helped -- he was a little bit
16 more medically trained than we were.  He had a full
17 medical bag and that kind of thing.  So he took
18 over mostly at that point, and then I started chest
19 compressions, which -- because that just helps him
20 breathe on that, and hopefully to get him to a
21 full, you know, stable point.  That's when Officer
22 Taylor noticed that we may need some more medical
23 assistance, so he called for EFD to get there, fire
24 department, Evansville Fire Department.  And then
25 it was within a few moments that both AMR and EFD

```
 1   was on scene.  And that's when it gets a little
 2   blurry because there was a -- then a lot more
 3   people showed up on scene.  At that point I can
 4   remember that's when I first realized I had -- I
 5   was struck pretty bad, that there was blood going
 6   down the front of my face.  That's at that point,
 7   because I noticed my breathing was very hard.  So I
 8   wiped my nose and there was just blood everywhere
 9   on my face.  I didn't know what quite that was
10   from.  It was a, you know, troubling scene, so I
11   had no idea.
12        And then from there that's when I believe it
13   was Sergeant, I think it's Holzmeyer -- I don't
14   remember who -- what I said his name -- I'm not
15   quite sure how to pronounce or who it was, but I
16   believe he was the sergeant of the night for the
17   night shift or evening shift.  And he got on scene,
18   took control.  He asked me and Sergeant Taylor --
19   or Officer Taylor, you know, what had happened,
20   what's going on, that kind of thing.  And that's
21   when it gets real blurry, and I don't remember much
22   in between until the meeting of the four gentlemen
23   in the room kind of.  You had reminded me about
24   St. Vincent or Deaconess, whichever one, about
25   taking pictures, but I don't quite remember that.
```

| | | |
|---|---|---|
| 1 | | That's kind of fuzzy in there as well. |
| 2 | Q | Okay. Anything else you remember about the |
| 3 | | incident with Mr. Snukis on September 13th? |
| 4 | A | Not at this time, no. That's about -- |
| 5 | Q | So let me just ask you a question. |
| 6 | A | Yeah. |
| 7 | Q | You can't recall anything at all that happened on |
| 8 | | September 13th before this incident, but you |
| 9 | | recalled in, I would say, great detail what |
| 10 | | happened during this incident. |
| 11 | A | Correct. |
| 12 | Q | How is it that you can recall nothing about the |
| 13 | | rest of the day but recall this incident with such |
| 14 | | detail? |
| 15 | A | Because I don't think I'll ever forget those -- |
| 16 | | those few minutes. |
| 17 | Q | Why is that? |
| 18 | A | I mean, I -- it's almost ingrained into my mind. I |
| 19 | | mean, I -- I don't even know. Like that was -- we |
| 20 | | have -- with -- you know, during -- with what was |
| 21 | | her name -- Erin, we reviewed our body cam footage |
| 22 | | there, and it was like -- it was like it was |
| 23 | | turning back on what I already could see in my |
| 24 | | mind, so -- |
| 25 | Q | When was that that you watched the body cam |