```
 1              BEFORE THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF INDIANA
 2                         EVANSVILLE DIVISION

 3

 4    EDWARD C. SNUKIS, JR. and      )
      SAMANTHA SNUKIS,               )
 5    Co-Administrators of the       )
      Estate of Edward C.            )
 6    Snukis,                        )   Case No.
                                     )   3:21-cv-00135-TWP-MPB
 7               Plaintiffs,         )
                                     )
 8          -v-                      )
                                     )
 9    CITY OF EVANSVILLE,            )
      INDIANA; MATTHEW O.            )
10    TAYLOR, in his individual      )
      capacity as an Evansville      )
11    police officer; TREVOR         )
      KOONTZ, in his individual      )
12    capacity as an Evansville      )
      police officer; and            )
13    NICHOLAS HACKWORTH, in his     )
      individual capacity as an      )
14    Evansville police officer,     )
                                     )
15               Defendants.         )

16
              The videotaped deposition upon oral
17    examination of MATTHEW TAYLOR, a witness produced and
      sworn before me, Sherry D. Lenn, RPR, and Notary
18    Public in and for the County of Warrick, State of
      Indiana, taken on behalf of the Plaintiffs at the
19    offices of Ziemer, Stayman, Weitzel & Shoulders, LLP,
      20 N.W. First Street, Ninth Floor, Evansville,
20    Indiana, on February 21, 2022, at 9:09 a.m., pursuant
      to the Federal Rules of Civil Procedure.
21

22

23

24              STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
25                       (800)869-0873
```

1   A   Yes, sir.
2   Q   And I'm asking did she suggest any changes after
3       you typed it up?  Did she suggest you change
4       anything?
5   A   I don't recall.  My typing it and putting it in
6       writing, it would have been with consultation with
7       her at that time.
8   Q   But you don't recall what input she may have had --
9   A   Not specifically, no.
10  Q   Anything?  Okay.  Fair enough.
11          MR. MILLER:  All right.  Let's just take a
12      short personal break if we could, please.
13          VIDEOGRAPHER:  We're going off the record at
14      10:51 a.m.
15          (A brief recess was taken.)
16          VIDEOGRAPHER:  We're going back on the record
17      at 10:57 a.m.
18  Q   All right, Mr. Taylor.  Let me ask you about the
19      in- -- the incident on September 13, 2019,
20      involving Ed Snukis.  Now I understand at that
21      time, and probably it might have even been the next
22      day, you didn't know that this person was named
23      Ed Snukis at the time?
24  A   Correct.
25  Q   So I'm going to -- but we know that now that's the

```
 1         person, correct?
 2    A    Yes, sir.
 3    Q    We agree on that --
 4    A    Yes, sir.
 5    Q    -- correct?  So I'm going to refer to your
 6         encounter with Ed Snukis even though you didn't
 7         know that's who you were having an encounter with
 8         at the time the events occurred.
 9    A    Yes, sir.
10    Q    Okay.  So I would just like to ask you -- this is
11         admittedly a broad question, but just as much as
12         you can, tell me what do you recall about the
13         encounter with Mr. Snukis?
14    A    I'm sorry, sir.  You're going to have to ask
15         specific questions, please.
16    Q    That's my question.  What do you recall about your
17         encounter with Mr. Snukis?
18    A    In the last two years, there's been quite a bit.
19         Why don't you ask specifics, and I'll be more
20         than --
21    Q    That's my question.
22    A    I'm -- I'm going to -- I'll answer any specific
23         question.
24    Q    I need an answer to my question.
25              MR. WHITEHEAD:  I mean, you can answer however
```

```
 1       you want.  If you only remember certain things, you
 2       just -- you can answer how you want.
 3   A   That would be hard to -- to say because there's a
 4       lot of information there.
 5   Q   So let's get started.  What do you recall?  Give me
 6       the first thing that comes to your mind about the
 7       incident with Mr. Snukis?
 8   A   I recall responding to a -- a call involving
 9       Mr. Snukis.
10   Q   Okay.  What was the call?
11   A   I don't know what the exact description of the call
12       was.
13   Q   What else do you recall about the encounter with
14       Mr. Snukis on September 13, 2019?
15   A   I remember driving to the scene and encountering
16       him.
17   Q   What else do you remember?
18   A   I remember that I was involved in a physical
19       confrontation with him.
20   Q   Do you recall anything else?
21   A   Specifically?
22   Q   Yes.
23   A   I remember that the doctor at the hospital told me
24       that he was deceased.
25   Q   Okay.  Do you remember what doctor told you that?
```

```
 1   A   I believe it was Dr. Wagner, but I'm not
 2       100 percent sure if that was the doctor's name.
 3   Q   What was your reaction?
 4   A   I can't recall.
 5   Q   What else do you recall about the encounter with
 6       Mr. Snukis?
 7   A   I remember that an investigation was done.
 8   Q   Okay.  Do you recall anything else about your
 9       encounter with Mr. Snukis?
10   A   I remember that he struck Officer Koontz.
11   Q   Do you recall anything else?
12   A   I can remember that he attempted to grab my
13       holster.
14   Q   Do you recall anything else?
15   A   I can remember that he attempted to grab -- what I
16       believe he was trying to grab, my genitalia.
17   Q   Do you recall anything else about the encounter
18       with Mr. Snukis?
19   A   I remember that I struck Mr. Snukis when he was
20       attempting to grab my genitalia.
21   Q   Do you recall anything else about the encounter
22       with Mr. Snukis?
23   A   Specifically, no.
24   Q   Do you recall using a Taser against Mr. Snukis?
25   A   Yes, I do.
```

1   Q   And in your understanding, there's a difference
2       between gaining control and arrest?
3   A   Yes, sir.
4   Q   In your understanding, is there a difference
5       between gaining control and a Terry stop?
6           MR. WHITEHEAD:  Objection, calls for a legal
7       conclusion.  You can answer if you know.
8   A   Yes, I think there's a difference.
9   Q   What's the difference in your mind?
10  A   The difference in my mind would be if I stop and
11      speak with you and ask you to do something and you
12      do that, then I've gained control over you.
13  Q   What did -- do you recall --
14  A   Uh-huh.
15  Q   -- if you recall, what did Officer Koontz want
16      Mr. Snukis to do?
17  A   I don't know.  You'd have to ask Officer Koontz.
18  Q   What did you observe Ed do or say that caused you
19      to fire your Taser at him?
20  A   If I remember correctly, he -- he punched -- or he
21      hit Officer Koontz.
22  Q   Did you fire your Taser at Mr. Snukis when he was
23      standing up or on the ground?
24  A   I don't recall that.
25  Q   Do you know what an EDP is?  Do you know what that

```
 1        hear me say quit grabbing me.  Mr. Snukis --
 2   Q    I thought that was Officer Koontz saying put your
 3        arms behind your back?
 4   A    Officer Koontz does tell him to put his arms behind
 5        his back.  You hear me saying quit grabbing.  As I
 6        told you earlier, Mr. -- Mr. Snukis tried to grab
 7        ahold of my Taser holster.  He also tried to grab
 8        ahold of my genitalia.  We are still fighting at
 9        this time.
10   Q    All right.  Let's keep going.
11            (Video played.)
12   Q    In that last 10, 15 seconds, did you hear
13        Mr. Snukis yelling?
14   A    He had stopped yelling, yes.
15   Q    He'd stopped yelling?
16   A    He's still -- it sounds like he's still grunting,
17        still --
18   Q    Grunting is --
19   A    Okay.
20   Q    -- the way you would describe it?
21   A    I would call it a grunt, yes.
22            (Video played.)
23   Q    What would you describe that as?
24   A    I would describe it as a noise.
25   Q    Is it coming from Mr. --
```

```
 1   A   I'm not a medical expert.  I'm not going to testify
 2       on what he was doing, sir.
 3   Q   Is it coming from Mr. Snukis or you or Officer
 4       Koontz?
 5   A   I believe it was coming from Mr. Snukis.
 6            (Video played.)
 7   Q   Is that you?
 8   A   Yes, sir.
 9   Q   Who is that?  You or you and Officer Koontz both?
10   A   I think it's both of us.
11            (Video played.)
12   Q   What do you see at this point?  Can you -- can you
13       see the --
14   A   It appears -- it appears to be we're putting the
15       handcuffs on him.
16   Q   Okay.  The reason I used the other viewer is
17       because you can adjust the brightness.
18   A   Yes, sir.  Yeah, that's fine.
19   Q   It's a little easier to see but --
20   A   Yes, sir.
21            (Video played.)
22   Q   So at this point, which is 3:27, you're seeing --
23       I'm so sorry.  You're seeing --
24   A   I think that's when we're placing the handcuffs on
25       him.
```