

Christopher J. Kiefer, M.D., Forensic Pathologist

140 South Main Street Suite 103 | Madisonville, Kentucky 42431
Telephone 270.212.5880 Facsimile 612.605.2112
Email info@bluekeyfp.com

## POSTMORTEM EXAMINATION
### OF THE BODY OF
### Edward Snukis
### Vanderburgh County
### Case# VA-19-072

I. Methamphetamine intoxication:
   A. History of the decedent exhibiting agitation and aggression, behavior consistent with excited delirium syndrome, on police videographic recording.
   B. Pulmonary edema, weights 720 grams right and 750 grams left.
   C. Hospital blood positive for marked amount of methamphetamine and amphetamine (see toxicology report).

II. Cardiomegaly:
   A. Cardiomegaly, weight 780 grams.
   B. Marked left ventricular hypertrophy, thickness 2.2 cm.
   C. Abundant fibrosis and hypertrophied myocytes.

III. Death while in police custody:
   A. History of becoming unresponsive while being placed in restraints and shortly after receiving electrical shocks from conducted electrical weapon.
   B. Conducted electrical weapon barbs embedded in the outer right upper arm and the right elbow.

IV. Minor blunt force trauma:
   A. Abrasions and punctate wounds of the right scalp and the right forehead.
   B. Superficial linear abrasions of the left scalp and contusions of the left forehead.
   C. Superficial abrasions of the right upper back, the anterior right hip, the right knee.
   D. Abrasions of the right forearm.
   E. Subcutaneous hemorrhage of the right elbow and the right hip.

V. Cerebellar telangiectasia.

Confidential Per Indiana Code: IC36-2-14-10

## OPINION

It is my opinion that the cause of death of Edward Snukis is:

Methamphetamine intoxication with a contribution by cardiomegaly.

_____     11-11-2019
Christopher J. Kiefer, M.D.,                Date
Forensic Pathologist

A postmortem examination of the body of a 55-year-old Caucasian man identified as Edward Snukis is performed at the Vanderburgh County Coroner's Office morgue on September 14, 2019. The examination is conducted by Christopher J. Kiefer, M.D., and is begun at 7:40 A.M.

ATTENDANCE

In the performance of her usual and customary duties, autopsy assistant Tammy Bowles is present during the autopsy. Also present at autopsy is Doug Hamner, Vernon Lutz, and Aaron Kennedy, Evansville Police Department, and Dave Anson, Vanderburgh County Coroner's Office.

CLOTHING

The body is received unclad.

PROPERTY

Accompanying valuables are not identified.

IDENTIFICATION TAGS

A Vanderburgh County Coroner's Office morgue record band is around the left wrist. A hospital identification band is around the left wrist.

EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished, adult Caucasian man; 241 pounds and 72 1/2 inches, whose appearance is appropriate for the reported age. The body is cold. Rigor mortis is full and generalized. Livor mortis is purple, posterior, and blanches with pressure.

The scalp is shaved and apparently balding. A trim gray mustache and beard are about the hair-bearing portions of the face. The irides are blue. The sclerae and conjunctivae are clear except for few petechial hemorrhages of the upper and lower right palpebral conjunctivae and scleral tache noir. The nose and ears are not unusual. The teeth are natural and in good repair; a partial denture is on the upper palate. The tongue appears normal.

Confidential Per Indiana Code: IC36-2-14-10

The neck is unremarkable. The torso is well-developed and symmetrical. The abdomen is protuberant. The anus and back are unremarkable. The external genitalia are those of a normal adult male.

The upper and lower extremities are well-developed and symmetrical.

IDENTIFYING MARKS

No identifying marks or scars are readily apparent.

MARKS OF MEDICAL INTERVENTION

Evidence of medical intervention includes a supraglottic airway device held in the mouth and pharynx by a band around the head, an intravenous catheter in the left antecubital fossa, and an intravenous catheter in the back of the right forearm.

EVIDENCE OF INJURY

Head and neck: An area of red abrasions covers most of the posterior right parietal scalp. A 1 1/2-inch linear array of four punctate abrasions is at the superior midline of the head near the forehead. A 1-inch red linear abrasion and a 1/4-inch punctate wound are on the anterior right parietal scalp. A linear abrasion is just above the right eyebrow. A few round contusions are on left side of the face in the anterior temple region. Faint, superficial linear abrasions are on the left temporoparietal scalp, one vertical that is away from the ear, and one horizontal that is slightly above the ear. The undersurface of the scalp has hemorrhages corresponding to the left temporoparietal abrasions and the contusion and abrasions of the right superior head. The left temporalis muscle is diffusely congested. The tongue has two round contusions of the left edge that are centered between two superficial mucosal lacerations, and sectioning reveals superficial muscle hemorrhages that correspond to the contusions of the tongue.

Chest and abdomen: Over the posterior right shoulder and right upper back is a 2 x 1/2-inch superficial abrasion with loss of only the epidermis. A transverse fracture of the sternum at the level of the third intercostal space, rib fractures of the anterolateral right and left upper ribs, and fractures

of the cartilaginous segments of right ribs two through seven and left ribs two, five, and six probably represent evidence of cardiopulmonary resuscitation.

Reflection of the skin of the upper and mid-back reveals no subcutaneous or superficial muscle hemorrhages of these sites.

Pelvis and genitalia: The left lower scrotum has a focus of air-drying that appears almost as a linear and nodular lesion. Superficial abrasions, or sloughing of the epidermis, are on the outer right inguinal area.

Upper extremities: An abrasion is on the back of the right arm just distal to the elbow. Several small lacerations are arranged in a linear fashion, almost extending distally from the abrasion on the back of the forearm near the elbow. A few punctate abrasions are on the back of the right hand near the base of the fourth digit. On the palm of the left hand are two punctate wounds, one of which has an embedded foreign body. Posterior reflection of the skin of the upper extremities reveals deep tissue hemorrhage at the prominence of the right elbow and a larger area of subcutaneous tissue hemorrhage, approximately 10 x 10 centimeters. The posterior right upper arm has two collections of blood between the superficial muscle and skin that have areas with greatest dimensions of 4 cm and 3 cm, for the medial-most and posterior-most hemorrhages, respectively.

Lower extremities: On the medial upper right knee is a 1 x 1-inch red abrasion. A 1/4-inch abrasion is on the outer proximal right lower leg. The right ankle has red abrasions above and anterior to the lateral malleolus. On the outer proximal right hip is a large pocket of bloody fluid between the subcutaneous tissue and the muscle. The pocket of fluid is bordered on the anterior side by a 4 x 2-inch area of sloughed epidermis, or superficial abrasion.

The reflection of the skin of the posterior, medial, and lateral left upper and left lower extremities reveals no sign of injury.

INTERNAL EXAMINATION

Confidential Per Indiana Code: IC36-2-14-10

The organs are of a normal anatomic distribution, with no adhesions or abnormal fluid collections in the body cavities.

Cardiovascular System:

The heart is markedly enlarged, has a globoid shape, and weighs 780 grams. The epicardial surfaces are smooth and glistening. No adhesions or significant fluid is in the pericardial sac. The coronary arteries arise normally, in a right-dominant pattern, with focal atherosclerotic stenosis. The left anterior descending coronary artery has 50% stenosis. The chambers and valves have the usual size and position relationship. The myocardium is uniform red-brown, markedly hypertrophied in the interventricular septum and the walls of the left ventricle. The right ventricular wall thickness is 0.8 cm; the left ventricular wall is 2.2 cm thick. The aorta gives rise to the usual major branches and has no significant atherosclerosis. The vena cava and its major tributaries are without abnormality.

Respiratory System:

The right lung weighs 720 grams, the left lung 750 grams. The pleural surfaces are intact, smooth, and glistening. The trachea and bronchi are patent, and the mucosal surfaces are intact. The pulmonary parenchyma is dark red-purple and exudes moderate to marked amounts of blood and frothy fluid. The pulmonary arteries and veins are normally developed.

Digestive/Hepatobiliary System:

The esophageal mucosa is white-tan. The gastric mucosa is flattened, and the lumen contains 100 ml of a slurry with pieces of corn. The small and large intestines are unremarkable. The mesentery and the omentum are not unusual. The appendix is unremarkable. The pancreas has the usual tan-lobulated parenchyma, and the ducts are clear.

The liver is 2770 grams. The intact capsule surrounds an orange-brown parenchyma. The gallbladder contains scant viscid bile.

Genitourinary System:

Confidential Per Indiana Code: IC36-2-14-10

The normal-shaped kidneys have a combined weight of 420 grams. The capsules are smooth, semitransparent, and strip with ease from the underlying smooth, red-brown, firm cortical surfaces. The cortices are well-demarcated from the medullary pyramids. The calyces, pelves, and ureters are unremarkable. The bladder contains 200 ml of dark yellow urine; the mucosa is tan and unremarkable.

The prostate gland is diffusely and symmetrically enlarged without nodules or yellow and soft foci.

Endocrine System:

The thyroid and adrenal glands are unremarkable.

Hematopoietic System:

The thymus is appropriately replaced by fibroadipose tissue. The spleen weighs 300 grams, and the red-purple parenchyma is surrounded by an intact capsule. The bone marrow (rib ends) is red-brown and homogeneous.

Musculoskeletal System:

Except for the hemorrhages related to the external evidence of trauma, there are no abnormalities of soft tissues or the musculature. The bony framework is unremarkable except for fractures of the bony thorax that could correspond to cardiopulmonary resuscitation.

Neck:

Examination of the neck reveals no abnormalities of the soft tissues or the large vessels. There is no hemorrhage of the strap muscles or the muscles over the surfaces of the thyroid cartilage. The thyroid cartilage and the hyoid bone are intact. There is no foreign matter in the larynx. The vocal cords are unremarkable.

Brain:

Confidential Per Indiana Code: IC36-2-14-10

The brain weighs 1550 grams. The dura mater and falx cerebri are intact, and the leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with a normal pattern and distribution of sulci and gyri. The structures at the base of the brain, including cranial nerves and blood vessels, are intact and free of abnormality. Sections of the cerebral hemispheres reveal no lesions within the cortex, subcortical white matter, or deep parenchyma of either hemisphere. The cerebral ventricles are of normal caliber, containing clear cerebrospinal fluid. Sectioning of the right hemisphere of the cerebellum reveals a spongiform change of the white matter from the vermis to the lateral cerebellum; the many small channels appear interconnected and contain bloody fluid. Small foci of soft, golden gliosis are in the white matter of the vermis and medial cerebellum. Foci of hemorrhage are within the spongiform white matter of the lateral cerebellum. Sections through the brainstem are unremarkable.

SPECIAL STUDIES

Toxicologic analysis reveals a marked amount of methamphetamine and a mild amount of amphetamine in the blood collected from the hospital. The urine contains evidence of recent use of fentanyl and amphetamines. Vitreous fluid chemistry analysis reveals all electrolytes within normal limits and a mild increase of the concentration of urea nitrogen. (See separate toxicology report.)

MICROSCOPIC EXAMINATION

HEART: Marked hypertrophy of myocytes that are separated by wide bands of interstitial fibrosis.

LUNGS: Congestion of the arterioles; mild anthracosis.

LIVER: Florid centrilobular macrovesicular steatosis.

KIDNEY: A tubular anomaly of the subcapsular cortex.

RIGHT CEREBELLUM: Lacunae around the numerous vascular structures of the white matter of the right cerebellar hemisphere. The many vessels are ectatic and their walls have a glassy, hyaline change. The spaces contain some red blood cells and the nearest neuronal tissue is rimmed by extracellular basophilic bodies, possibly corpora amylacea.

Confidential Per Indiana Code: IC36-2-14-10

Edward Snukis

Confidential Per Indiana Code: IC36-2-14-10



**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

Report Issued   10/11/2019 15:00

To:  10480
Vanderburgh County Coroner's Office
Attn: Coroner Steve Lockyear
201 South Morton Avenue
Evansville, IN  47713

Patient Name    SNUKIS, EDWARD
Patient ID      VA-19-072
Chain           12031188
Age 55 Y        DOB 10/15/1963
Gender          Male
Workorder       19281240

Page 1 of 5

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Caffeine | Positive | mcg/mL | 001 - Hospital Blood |
| Amphetamine | 57 | ng/mL | 001 - Hospital Blood |
| Methamphetamine | 1100 | ng/mL | 001 - Hospital Blood |
| Creatinine (Vitreous Fluid) | 1.1 | mg/dL | 006 - Vitreous Fluid |
| Sodium (Vitreous Fluid) | 147 | mmol/L | 006 - Vitreous Fluid |
| Potassium (Vitreous Fluid) | 8.8 | mmol/L | 006 - Vitreous Fluid |
| Chloride (Vitreous Fluid) | 125 | mmol/L | 006 - Vitreous Fluid |
| Glucose (Vitreous Fluid) | 48.0 | mg/dL | 006 - Vitreous Fluid |
| Urea Nitrogen (Vitreous Fluid) | 36 | mg/dL | 006 - Vitreous Fluid |
| Amphetamines | Presump Pos | ng/mL | 007 - Urine |
| Fentanyl / Metabolite | Presump Pos | ng/mL | 007 - Urine |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 8050U | Postmortem, Urine Screen Add-on (6-MAM Quantification only) |
| 8052B | Postmortem, Expanded, Blood (Forensic) |
| 0170FL | Alcohol Panel, Fluid |
| 1919FL | Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) |

## Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Light Blue Vial | 1.75 mL | Not Given | Hospital Blood | DATE AND TIME ON SAMPLE: 9-13 2220 |
| 002 | Red Vial | 1.5 mL | Not Given | Hospital Blood | DATE AND TIME ON SAMPLE: 9-13 2220 |
| 003 | Green Vial | 1 mL | Not Given | Hospital Blood | DATE AND TIME ON SAMPLE: 9-13 2220 |
| 004 | Gray Top Tube | 8.5 mL | 09/14/2019 08:00 | Femoral Blood | |
| 005 | Gray Top Tube | 8.5 mL | 09/14/2019 08:00 | Femoral Blood | |
| 006 | Red Top Tube | 3 mL | 09/14/2019 08:00 | Vitreous Fluid | |
| 007 | White Plastic Container | 45 mL | 09/14/2019 08:00 | Urine | |

NMS v.18.0

Indiana Code: IC36-2-14-10

**NMS LABS**

CONFIDENTIAL

| | |
|---|---|
| Workorder | 19281240 |
| Chain | 12031188 |
| Patient ID | VA-19-072 |

Page 2 of 5

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|

All sample volumes/weights are approximations.
Specimens received on 09/17/2019.

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Caffeine | Positive | mcg/mL | 0.40 | 001 - Hospital Blood | LC/TOF-MS |
| Amphetamine | 57 | ng/mL | 5.0 | 001 - Hospital Blood | LC-MS/MS |
| Methamphetamine | 1100 | ng/mL | 50 | 001 - Hospital Blood | LC-MS/MS |
| Creatinine (Vitreous Fluid) | 1.1 | mg/dL | 0.050 | 006 - Vitreous Fluid | Colorimetry |
| Sodium (Vitreous Fluid) | 147 | mmol/L | 80 | 006 - Vitreous Fluid | Chemistry Analyzer |
| Potassium (Vitreous Fluid) | 8.8 | mmol/L | 1.0 | 006 - Vitreous Fluid | Chemistry Analyzer |
| Chloride (Vitreous Fluid) | 125 | mmol/L | 70 | 006 - Vitreous Fluid | Chemistry Analyzer |
| Glucose (Vitreous Fluid) | 48.0 | mg/dL | 35 | 006 - Vitreous Fluid | Chemistry Analyzer |
| Urea Nitrogen (Vitreous Fluid) | 36 | mg/dL | 3.0 | 006 - Vitreous Fluid | Chemistry Analyzer |
| Amphetamines | Presump Pos | ng/mL | 500 | 007 - Urine | EIA |

This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended.

| | | | | | |
|---|---|---|---|---|---|
| Fentanyl / Metabolite | Presump Pos | ng/mL | 2.0 | 007 - Urine | EIA |

This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended.

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Amphetamine - Hospital Blood:

    Amphetamine (Adderall, Dexedrine) is a Schedule II phenethylamine CNS-stimulant. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of hyperactivity in children. Amphetamine has a high potential for abuse. When used in therapy, initial doses should be small and increased gradually. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. For obesity and children with attention deficits, usual dosage is 5 or 10 mg daily.

    Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached at 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000 - 3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

    Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline.

NMS v.18.0

Confidential Per Indiana Code: IC36-2-14-10

Case 3:21-cv-00135-MPB-MJD  Document 121-8  Filed 09/20/23  Page 12 of 14 PageID #: 872

**NMS LABS**

CONFIDENTIAL

Workorder 19281240
Chain 12031188
Patient ID VA-19-072

Page 3 of 5

**Reference Comments:**

2. Amphetamines - Urine:

   Amphetamines are a class of central nervous system stimulant drugs, with some therapeutic uses, and a high potential for abuse.

   This result derives from a presumptive test, which may be subject to cross-reactivity with non-amphetamine related compounds. A second test is necessary to confirm the presence of amphetamine related compounds.

3. Caffeine (No-Doz) - Hospital Blood:

   Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

4. Chloride (Vitreous Fluid) - Vitreous Fluid:

   Normal: 105 - 135 mmol/L

5. Creatinine (Vitreous Fluid) - Vitreous Fluid:

   Normal: 0.6 - 1.3 mg/dL

6. Fentanyl / Metabolite - Urine:

   Fentanyl is a DEA Schedule II synthetic morphine substitute anesthetic/analgesic. It is reported to be 80 to 200 times as potent as morphine and has a rapid onset of action as well as addictive properties.

   This result derives from a presumptive test, which may be subject to cross-reactivity with non-fentanyl related compounds. A second test is necessary to confirm the presence of fentanyl related compounds.

7. Glucose (Vitreous Fluid) - Vitreous Fluid:

   Normal: <200 mg/dL

   Postmortem vitreous glucose concentrations >200 mg/dL are associated with hyperglycemia.

   Since postmortem vitreous glucose concentrations decline rapidly after death both in vivo and in vitro, care should be taken in the interpretation of results. Stability of vitreous glucose for up to 30 days has been noted by NMS Labs when specimens are maintained frozen (-20°C).

8. Methamphetamine - Hospital Blood:

   d-Methamphetamine is a DEA schedule II stimulant drug capable of causing hallucinations, aggressive behavior and irrational reactions. Chemically, there are two forms (isomers) of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has weak CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS-, cardiac- and circulatory-stimulatory activity. Amphetamine and norephedrine (phenylpropanolamine) are metabolites of methamphetamine. d-Methamphetamine is an abused substance because of its stimulatory effects and is also addictive.

   A peak blood concentration of methamphetamine of 20 ng/mL was reported at 2.5 hr after an oral dosage of 12.5 mg. Blood levels of 200 - 600 ng/mL have been reported in methamphetamine abusers who exhibited violent and irrational behavior. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions.

   *In this case, the level of methamphetamine determined has not been differentiated according to its isomeric forms. Differentiation of the isomers of methamphetamine is available upon request.

9. Potassium (Vitreous Fluid) - Vitreous Fluid:

   Normal: <15 mmol/L
   Quantitative results for Potassium will be affected if performed on gray top tubes since these collection tubes contain potassium oxalate.

Confidential Per Indiana Code: IC36-2-14-10

**NMS LABS**

CONFIDENTIAL

Workorder 19281240
Chain 12031188
Patient ID VA-19-072

Page 4 of 5

## Reference Comments:

10. Sodium (Vitreous Fluid) - Vitreous Fluid:

    Normal: 135 - 150 mmol/L
    Quantitative results for sodium will be affected if performed on gray top tubes since these collection tubes contain sodium fluoride.

11. Urea Nitrogen (Vitreous Fluid) - Vitreous Fluid:

    Normal: 8 - 20 mg/dL

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 19281240 was electronically signed on 10/11/2019 14:05 by:

Jennifer L. Turri, M.S.F.S., D-ABFT-FT
Certifying Scientist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 0170FL - Alcohol Panel, Fluid - Vitreous Fluid

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 1919FL - Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) - Vitreous Fluid

-Analysis by Chemistry Analyzer for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Chloride (Vitreous Fluid) | 70 mmol/L | Sodium (Vitreous Fluid) | 80 mmol/L |
| Glucose (Vitreous Fluid) | 35 mg/dL | Urea Nitrogen (Vitreous Fluid) | 3.0 mg/dL |
| Potassium (Vitreous Fluid) | 1.0 mmol/L | | |

-Analysis by Colorimetry (C) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Creatinine (Vitreous Fluid) | 0.050 mg/dL | | |

Acode 52483B - Amphetamines Confirmation, Blood - Hospital Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | MDMA | 5.0 ng/mL |
| Ephedrine | 5.0 ng/mL | Methamphetamine | 50 ng/mL |
| MDA | 5.0 ng/mL | Norpseudoephedrine | 5.0 ng/mL |
| MDEA | 5.0 ng/mL | Phentermine | 5.0 ng/mL |

NMS v.18.0

**NMS LABS**

CONFIDENTIAL

Workorder 19281240
Chain 12031188
Patient ID VA-19-072

Page 5 of 5

## Analysis Summary and Reporting Limits:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Phenylpropanolamine | 5.0 ng/mL | Pseudoephedrine | 5.0 ng/mL |

Acode 8050U - Postmortem, Urine Screen Add-on (6-MAM Quantification only)

-Analysis by Enzyme Immunoassay (EIA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 500 ng/mL | Fentanyl / Metabolite | 2.0 ng/mL |
| Barbiturates | 0.30 mcg/mL | Methadone / Metabolite | 300 ng/mL |
| Benzodiazepines | 50 ng/mL | Opiates | 300 ng/mL |
| Cannabinoids | 50 ng/mL | Oxycodone / Oxymorphone | 100 ng/mL |
| Cocaine / Metabolites | 150 ng/mL | Phencyclidine | 25 ng/mL |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Hospital Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.18.0

Confidential Per Indiana Code: IC36-2-14-10