# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Evansville Police Department
**ORI:** IN 0820100
**Location of Incident:** 4300 DIVISION ST AUTO PLZ, Evansville IN
**Premise Type:**
**Beat/Sector:** 2E2, 2E
**Case #:** 19-20310
**Date / Time Reported:** 09/13/2019  21:27  Fri
**Last Known Secure:** 09/13/2019  21:20  Fri
**At Found:** 09/13/2019  21:27  Fri

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Death Investigation / DEATH | | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO:**

## VICTIM

**# of Victims:** 1  **Type:** INDIVIDUAL/PERSON  **Injury:** Other (see Narrative)

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | SNUKIS, EDWARD SR | 1, | 10/15/1963 Age 55 | W | M | | | |

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**  **Home Phone:**
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | ISP | EVID | $0.00 | | 1 | ISP BLOOD-URINE KIT/RESULTS | | |
| 1 | ISP | EVID | $0.00 | | 1 | ISP BLOOD-URINE KIT/RESULTS | | |
| | ESU | EVID | $1.00 | | 1 | SURVEILLANCE VIDEO - FLASH DRIVE | | |
| | BLD | EVID | $0.00 | | 1 | BLOOD STAIN CARD FROM SNUKIS | | |
| | ESU | EVID | $1.00 | | 1 | SURVEILLANCE VIDEO/CD/DVD | | |

**Officer/ID#:** DEYOUNG, P. A. (2X5198)
**Invest ID#:** LEWIS, J. L. (2X1386)
**Supervisor:** (0)

**Status** — Complainant Signature
**Case Status:** Other   11/15/2019
**Case Disposition:** Closed-non Criminal   11/15/2019
**Page 1**

R_CS1IBR   Printed By: JLEWIS, 0000   Sys#: 584737   05/14/2020 19:57

# INCIDENT/INVESTIGATION REPORT

*Evansville Police Department*

Case # *19-20310*

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| **D R U G S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Status Codes:  1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

Assisting Officers
*TAYLOR, M.O. (2X1397)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 19-20310            *Evansville Police Department*

**N A R R A T I V E**
Report related to Death Investigation

# Incident Report Related Property List

*Evansville Police Department*  OCA: *19-20310*

### 1

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| ISP BLOOD-URINE KIT/RESULTS | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | EA | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Voucher Evidence | 09/13/2019 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

    State kit labeled - "19-20310 Matt Taylor"

    COC - DeYoung - evidence

### 2

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| ISP BLOOD-URINE KIT/RESULTS | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | EA | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Voucher Evidence | 09/13/2019 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

    State kit labeled - "19-20310 Trevor Koontz"

    COC - DeYoung - evidence

### 3

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| BLOOD STAIN CARD FROM SNUKIS | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Voucher Evidence | 09/13/2019 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

### 4

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| SURVEILLANCE VIDEO/CD/DVD | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $1.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Voucher Evidence | 09/17/2019 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

    4 disc set

## Incident Report Related Property List

*Evansville Police Department*

OCA: *19-20310*

| 5 | Property Description<br>**SURVEILLANCE VIDEO - FLASH DRIVE** | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value<br>**$1.00** | Qty<br>**1.000** | Unit<br>**EA** | Jurisdiction<br>**Locally** |
| | Status<br>**Voucher Evidence** | Date<br>**09/13/2019** | NIC # | State # | | Local # | OAN |
| | Name (Last, First, Middle)<br>**\* No name \*** | | | DOB | Age | Race | Sex |

<u>Notes</u>

    **16 GB Scandisk**
    **video from D-Patrick Honda and Nissan**

**CASE SUPPLEMENTAL REPORT**

Printed: 05/14/2020 19:57

*NOT SUPERVISOR APPROVED*

*Evansville Police Department*   OCA: **1920310**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** OTHER | **Case Mng Status:** OTHER - CLOSED NON... | **Occurred:** 09/13/2019 |
| **Offense:** DEATH INVESTIGATION | | |

| | | |
|---|---|---|
| **Investigator:** DEYOUNG, P. A. (2X5198) | **Date / Time:** 09/14/2019 00:23:12, Saturday | |
| **Supervisor:** (0) | **Supervisor Review Date / Time:** NOT REVIEWED | |
| **Contact:** | **Reference:** Standard Supplement | |

SUPPLEMENT
Officer`s Name: Peter A. DeYoung Badge Number:5198
Date:9/14/2019
Crime:Death Investigation
Date of occurrence: 9/14/2019
Place:< >
Victim:< >

I responded to assist with obtaining blood draws from Officers Taylor and Koontz. I took possession of two ISPDT blood kits that were still sealed. I opened the kits and completed the forms. Kit 4978 was assigned to Officer Taylor and kit 34979 was assigned to Officer Koontz.

At 2346hrs, Tina Sullivan, phlebotomist, cleaned Officer Koontz` right arm with a non-alcoholic swab and drew two vials of blood for the state kit. Sullivan and I initialed the vials and I took possession of the kit.

At 2350hrs, Tina Sullivan, phlebotomist, cleaned Officer Taylor`s right arm with a non-alcoholic swab and drew two vials of blood for the state kit. Sullivan and I initialed the vials and I took possession of the kit.

Both kits remained in my possession until I returned to EPD headquarters. I sealed the kits and their boxes and secured them as evidence in the EPD evidence locker storage. [09/14/2019 00:29, PDEYOUNG, 5198, EPD]

_____   _____
Investigator Signature   Supervisor Signature



# INDIANA STATE DEPARTMENT OF TOXICOLOGY

## TOXICOLOGY REPORT - Alcohol Analysis

**ISDT CASE:** 19-09057

**Date of Report:** September 24, 2019

P. DeYoung
Evansville Police Department
15 N.W. Martin Luther King Jr. Blvd.
Evansville, IN 47708

**Subject Name:** **MATTHEW O. TAYLOR**
**Agency Case:** 19-20310
**County:** Vanderburgh

**Received:** 09/18/2019
**Delivered By:** FEDEX
**Item Descriptions:**
Item # 1: ISDT KIT
Item # 1-A: Blood Tube
Item # 1-B: Blood Tube

**Screening Method:** GC/HS
Screening Began On: 09/19/2019
Item(s) Screened: 1-A

---

**None Detected**

---

Analysis by GC/HS includes the following analytes: Ethanol, Acetone, Isopropanol, and Methanol.
Unless noted otherwise, the limit of detection for each analyte is 0.010 g/100 mL.

---

*This report has been authorized by M304859.*

*If this case has been resolved and all requested testing has not been completed, please notify the laboratory immediately.*

*Specimens will be destroyed one year after testing unless ISDT is notified in writing to retain the specimens for a longer period of time.*

550 W.16th Street Indianapolis, IN  46202
Phone No: 317-921-5000  Fax No: 317-925-9430
Website: www.IN.gov/isdt



INDIANA STATE DEPARTMENT OF TOXICOLOGY

TOXICOLOGY REPORT - Drug Analysis

**ISDT CASE:   19-09057**

Date of Report:   September 26, 2019

Peter DeYoung
Evansville Police Department
15 N.W. Martin Luther King Jr. Blvd.
Evansville, IN 47708

Subject Name:   **MATTHEW O. TAYLOR**
Agency Case:   19-20310
County:   Vanderburgh

**Received:**   09/18/2019
**Delivered By:**   FEDEX
**Item Descriptions:**
Item # 1: ISDT KIT
Item # 1-A: Blood Tube
Item # 1-B: Blood Tube

**Screening Method:** LC-TOF
Screening Began On: 09/23/2019
Item(s) Screened:   1-A

**None Detected**

A list of drugs included in screening and confirmation testing is available at
www.IN.gov/isdt/2330.htm

*This report has been authorized by R303967.*

*If this case has been resolved and all requested testing has not been completed, please notify the laboratory immediately.*
*Specimens will be destroyed one year after testing unless ISDT is notified in writing to retain the specimens for a longer period of time.*

550 W.16th Street Indianapolis, IN  46202
Phone No: 317-921-5000  Fax No: 317-925-9430
Website: www.IN.gov/isdt