```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
 2                     EVANSVILLE DIVISION

 3

 4   EDWARD C. SNUKIS, JR. and    )
     SAMANTHA SNUKIS,             )
 5   Co-Administrators of the     )
     Estate of Edward C.          )
 6   Snukis,                      )   CASE NO.
                                  )   3:21-cv-00135-MPB-MJD
 7            Plaintiffs,         )
                                  )
 8        -v-                     )
                                  )
 9   CITY OF EVANSVILLE,          )
     INDIANA; MATTHEW O.          )
10   TAYLOR, in his individual    )
     capacity as an Evansville    )
11   police officer; TREVOR       )
     KOONTZ, in his individual    )
12   capacity as an Evansville    )
     police officer; and          )
13   NICHOLAS HACKWORTH, in his   )
     individual capacity as an    )
14   Evansville police officer,   )
                                  )
15            Defendants.         )

16
             The Zoom recorded 30(b)(6) deposition of
17   the City of Evansville by PAUL KIRBY sworn before me,
     Sherry D. Lenn, RPR, and Notary Public in and for the
18   County of Warrick, State of Indiana, taken on
     behalf of the Plaintiffs at the offices of
19   Ziemer Stayman Weitzel & Shoulders, LLP, 20 N.W. First
     Street, Ninth Floor, Evansville, Indiana, on
20   August 15, 2023, at 8:58 a.m., pursuant to the Federal
     Rules of Civil Procedure.
21

22

23

24          STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
25                     (800)869-0873
```

```
 1          MR. MILLER:  Do you -- do you want me to split
 2     -- try to split screen it?
 3   A  So there is a difference.
 4   Q  Yes.
 5   A  And one is this one -- I don't know what exhibit
 6     this is, the one -- whatever this exhibit -- this
 7     is currently showing --
 8   Q  This is -- well, hold on.  Let me identify it.
 9     This is 17.
10   A  Okay.
11          MR. WHITEHEAD:  His question is the difference
12     between the two.  So go through every single
13     difference.
14          THE WITNESS:  Yep.
15   A  It appears to me the difference is in the subject
16     line it would be Koontz complaints since 2017, and
17     then the last sentence is looking through the
18     database there are no complaint files; whereas the
19     difference would be the other one, I believe, says
20     medical -- failure to provide medical care.
21   Q  So this is saying for Koontz and Hackworth that
22     there are no complaints of any kind; is that the --
23     what the intention was?
24          MR. WHITEHEAD:  Objection, that is not what
25     the document says.  You are misreading the
```

```
 1        document.
 2    A   My understanding of this is when he looks into the
 3        database, the time of the request --
 4    Q   Yeah.
 5    A   -- there were no complaint files --
 6    Q   For either --
 7    A   -- for 2017.
 8    Q   -- Officer Hackworth or Koontz?
 9    A   That's the way I read it, yes.
10    Q   Okay.  Thank you.
11            And then the last folder, I'm going to open it
12        up, is Matt Taylor complaints, is the name of the
13        folder.  And there are several folders in his file
14        and there's no similar memo, so I really don't have
15        any questions for you about the production.
16    A   Okay.
17            MR. MILLER:  Just give me five minutes.  I
18        think I'm done.
19            THE WITNESS:  Okay.
20            (A brief recess was taken.)
21            MR. MILLER:  I don't have any other questions.
22    EXAMINATION
23    QUESTIONS BY MR. WHITEHEAD
24            MR. WHITEHEAD:  Okay.  Let's go to -- Mark,
25        you're going to need to do the exhibit management.
```

```
 1        So exhibit, and I don't have them all marked down.
 2             MR. MILLER:  I know.
 3             MR. WHITEHEAD:  Go to Exhibit 1.  I think that
 4        was the notice.
 5             COURT REPORTER:  It was.
 6             (A discussion was held off the record.)
 7             MR. MILLER:  Yeah.  Can you see it?
 8             MR. WHITEHEAD:  Yes.
 9   Q    Okay.  So looking at Exhibit 1, Topics 1, 2, 3, 5,
10        and 6, you were made aware that you would be
11        testifying as to those topics, correct?
12   A    Yes.
13   Q    And you've been involved in this case in your
14        current role for what?  Since approximately June of
15        '21.
16   A    Yes, June -- May or June of '21.
17   Q    And so throughout that time period, you have been
18        familiar or have you been familiar with the
19        different documents that the City/Evansville Police
20        Department have provided to the attorneys,
21        including me?
22   A    Yes.
23   Q    And -- okay.
24             MR. WHITEHEAD:  So now can you go to
25        Exhibit 2?
```

| | | |
|---|---|---|
| 1 | Q | So I think your testimony was you had not seen this |
| 2 | | specific subpoena before; is that correct? |
| 3 | A | Yes. |
| 4 | Q | Now, let's go to the substance of the subpoena.  So |
| 5 | | this subpoena asks for all documents and things in |
| 6 | | your possession, custody or control that relate in |
| 7 | | any way to the death of the decedent, Snukis, and |
| 8 | | then it has 11 topics.  This preceded your current |
| 9 | | role, correct?  This was before your current role? |
| 10 | A | Yes. |
| 11 | Q | Now let's go through No. 1.  Is it your |
| 12 | | understanding that the City has provided the law |
| 13 | | enforcement reports and supplements that relate to |
| 14 | | the death of Mr. Snukis? |
| 15 | A | Yes. |
| 16 | Q | Are you aware of any case reports or supplemental |
| 17 | | report that has been withheld by the City or that |
| 18 | | you have not produced that relate to the death of |
| 19 | | the decedent, Mr. Snukis? |
| 20 | A | I am not aware of anything that has been withheld. |
| 21 | Q | Okay.  And then it relates to No. 2 as far as |
| 22 | | documents and things referred to in those reports. |
| 23 | | Are you aware of any document or thing that's been |
| 24 | | withheld by the City or not produced by the City |
| 25 | | that relate to the death of the decedent, |

```
1        Mr. Snukis?
2   A    As of this date?
3   Q    Correct.
4   A    Yes.
5   Q    Are you aware of anything --
6   A    I am not aware of anything that has not been
7        produced as of today.
8   Q    Same question for No. 3.  Are you aware of any
9        recordings or dash cam -- sorry -- recordings of
10       dash cameras or body cameras that relate to the
11       death of Mr. Snukis that have not been produced?
12  A    To my knowledge, nothing has been withheld.
13  Q    Let's go to No. 4, photography of -- photographs,
14       videos, and audio recordings, same question.
15  A    To -- to my knowledge, everything has been
16       provided.
17  Q    Security camera footage.
18  A    And again, assuming that means the surveillance
19       foot- -- things and -- to my knowledge, it's been
20       provided.
21  Q    And as far as the documents and things relating to
22       names and addresses of witnesses, would those be in
23       the reports?
24  A    Yes.
25  Q    And are you aware of any documents with names and
```

```
 1       addresses of witnesses relating to the death of the
 2       decedent, Mr. Snukis, that has been withheld by the
 3       City?
 4   A   No.
 5   Q   Same thing for No. 7, are you aware of anything --
 6       any documents or things that relate to Mr. Snukis'
 7       death and the names and addresses of all persons
 8       interviewed that have been withheld?
 9   A   No.
10   Q   No. 8, same question, anything withheld that you're
11       aware of?
12   A   No.
13   Q   And No. 9, again, the subpoena is all documents and
14       things that relate to the death of Mr. Snukis that
15       also relate to physical evidence obtained.  Are you
16       aware of anything that was withheld?
17   A   I am not aware of anything withheld for that.
18   Q   Scientific, technical, and lab results, anything
19       withheld that you're aware of?
20   A   Not that I'm aware of.
21   Q   Anything that you're aware, as you sit here today,
22       relating to the death of Mr. Snukis of the City
23       that you know of that was withheld?
24   A   No.
25           MR. WHITEHEAD:  Can you scroll down to Item B.
```

1          (Mr. Miller complies.)
2    Q   Item B, again you were asked about timing.  And
3        while you may not have been involved in the
4        production to the subpoena back in 2020, you're
5        aware of what has been produced since that time; is
6        that fair?
7    A   I'm -- yes, I'm aware of it.
8    Q   And you're -- you've been involved in -- and again,
9        in this case the responses to the interrogatories
10       and the Requests for Production, correct?
11   A   Yes.
12   Q   And so let's go to Item B.  The internal
13       investigation reports and all the notes and other
14       related documents relating to the death of
15       Mr. Snukis, is that something that you would have
16       looked for if asked?
17   A   Yes.
18   Q   As you sit here today, are you aware of any of
19       those internal investigation reports and all notes
20       and other related documents that have been
21       withheld?
22   A   I'm not aware of anything that's been withheld.
23   Q   And same thing with written or recorded statements,
24       are you aware of anything that's been withheld?
25   A   I'm not aware of anything withheld.

```
 1    Q   And No. 3 talks about all relevant policies,
 2        procedures, rules, training material, and other
 3        similar -- and similar documents.  In fact, you
 4        produced all policies and procedures, correct?
 5    A   Yes.
 6    Q   All -- the entire OGs?
 7    A   It was produced, yes.
 8    Q   It was -- it was produced, exactly.
 9            So we've now been through this entire
10        subpoena.  Are you aware, as you sit here today, of
11        any document that was withheld that you believe
12        relates to or was asked by the subpoena?
13    A   No.
14    Q   And there's kind of a two-step process -- well,
15        I'll back up.  You only control what you locate and
16        find and give to your -- the City's attorneys,
17        correct?
18    A   Correct.
19    Q   You don't control what's ultimately produced to the
20        other side, correct?
21    A   No.
22    Q   So if there -- that is correct?
23    A   Yeah.  Sorry.  That -- yes, that is correct.  No, I
24        do not.  No.
25    Q   So truly, unless you have seen it in some other
```

```
 1      realm, sometimes you only know what you give to the
 2      attorneys, you don't always know what is -- the
 3      attorneys give to the other side, correct?
 4   A  That is correct.
 5           MR. WHITEHEAD:  Let's go to Exhibit 3, Mark.
 6           (Mr. Miller shares document on screen.)
 7   Q  This is -- do you know where this screenshot came
 8      from?
 9   A  No.
10   Q  Have you ever seen this screenshot before?
11   A  No.  Well, I mean today.
12   Q  That's correct, yes.
13   A  Today.
14   Q  Before today, have you?
15   A  No.
16           MR. WHITEHEAD:  Let's go to the next one.  And
17      I guess I'll go back to Exhibit 3, Mark.
18           (Mr. Miller shares document on screen.)
19   Q  So as you sit here today in this deposition, you
20      were not shown -- or do you know if you were shown
21      the five- -- any of the 583 files or 56 folders?
22   A  No.  I don't know.
23           MR. WHITEHEAD:  Let's go to Exhibit 4.
24           (Mr. Miller shares document on screen.)
25   Q  Before today, had you seen this screenshot before?
```