UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWARD C. SNUKIS, JR. and SAMANTHA SNUKIS, Co-Administrators of the Estate of Edward C. Snukis | ) ) ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) CASE NO. 3:21-cv-00135-MPB-MJD ) |
| CITY OF EVANSVILLE, INDIANA; MATTHEW O. TAYLOR, in his individual capacity as an Evansville police officer; TREVOR KOONTZ, in his individual capacity as an Evansville police officer; and NICHOLAS HACKWORTH, in his individual capacity as an Evansville police officer | ) ) ) ) ) ) ) ) |
| Defendants | ) |

**DEFENDANTS MATTHEW TAYLOR, TREVOR KOONTZ, AND NICHOLAS HACKWORTH'S NOTICE OF MANUAL FILING**

Please take notice that Defendants Officer Matthew O. Taylor, Officer Trevor Koontz, and Officer Nicholas Hackworth ("Defendant Officers"), by counsel, will be manually filing the following exhibits on the date of this notice, which is listed in Defendant Officers' Designation of Evidence in Support of their Motion for Summary Judgment:

- Exhibit 5 – Koontz Vid. (Defendants' Notice of Manual Filing)

- Exhibit 6 – Taylor Vid. (Defendants' Notice of Manual Filing)

- Exhibit 10 – Hackworth Vid. 2 (Defendants' Notice of Manual Filing)

- Exhibit 11 – Hackworth Vid. 1 (Defendants' Notice of Manual Filing)

These Exhibits have not been filed electronically pursuant to S.D. Ind. L.R. 5-2(b)(2) as exhibits in video format do not readily permit electronic filing. Said Exhibits will be served on all parties and the Court by U.S. Mail.

Respectfully submitted,

*/s/ Clifford R. Whitehead*
Robert L. Burkart, #16664-82
Clifford R. Whitehead, #28836-49
Bernard J. Lobermann, IV, #36886-49
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 N.W. First Street, 9th Floor
P.O. Box 916
Evansville, IN 47706
T: (812) 424-7575
F: (812) 421-5089
E-mail:  rburkart@zsws.com
  cwhitehead@zsws.com
  blobermann@zsws.com

Attorneys for the Defendants

## **CERTIFICATE OF SERVICE**

I certify that on September 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Clifford R. Whitehead*
Clifford R. Whitehead