UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWARD C. SNUKIS, JR. and<br>SAMANTHA SNUKIS,<br>Co-Administrators of the Estate of<br>Edward C. Snukis<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF EVANSVILLE, INDIANA;<br>MATTHEW O. TAYLOR, in his individual<br>capacity as an Evansville police officer;<br>TREVOR KOONTZ, in his individual<br>capacity as an Evansville police officer; and<br>NICHOLAS HACKWORTH, in his<br>individual capacity as an Evansville police officer<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:21-cv-00135-MPB-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS MATTHEW TAYLOR, TREVOR KOONTZ, AND NICHOLAS HACKWORTH'S NOTICE OF MANUAL FILING

Please take notice that Defendants Officer Matthew O. Taylor, Officer Trevor Koontz, and Officer Nicholas Hackworth ("Defendant Officers"), by counsel, will be manually filing the following exhibits on the date of this notice, which is listed in Defendant Officers' Designation of Evidence in Support of their Motion for Summary Judgment:

- Exhibit 5 – Koontz Vid. (Defendants' Notice of Manual Filing)
- Exhibit 6 – Taylor Vid. (Defendants' Notice of Manual Filing)
- Exhibit 10 – Hackworth Vid. 2 (Defendants' Notice of Manual Filing)
- Exhibit 11 – Hackworth Vid. 1 (Defendants' Notice of Manual Filing)

1

These Exhibits have not been filed electronically pursuant to S.D. Ind. L.R. 5-2(b)(2) as exhibits in video format do not readily permit electronic filing. Said Exhibits will be served on all parties and the Court by U.S. Mail.

Respectfully submitted,

/s/ Clifford R. Whitehead
Robert L. Burkart, #16664-82
Clifford R. Whitehead, #28836-49
Bernard J. Lobermann, IV, #36886-49
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 N.W. First Street, 9th Floor
P.O. Box 916
Evansville, IN 47706
T: (812) 424-7575
F: (812) 421-5089
E-mail:   rburkart@zsws.com
          cwhitehead@zsws.com
          blobermann@zsws.com

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I certify that on September 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Clifford R. Whitehead
Clifford R. Whitehead



Case 3:21-cv-00135-MPB-MJD   Document 123   Filed 09/25/23   Page 3 of 4 PageID #: 1054



quadient

FIRST-CLASS MAIL
IMI
$001.59
09/20/2023 ZIP 47706
043M31246245

Ziemer, Stayman, Weitzel & Shoulders, LLP
P.O. Box 916
Evansville, IN 47706-0916

The Honorable Chief Judge Tanya Walton Pratt
U.S. District Court
46 East Ohio Street – Room 330
Indianapolis, IN 46204

FILED

SEP 2 2 2023

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA