| | |
|---|---|
| **Robert R. Pusins & Associates, Inc.** *Police Practices & Procedures Experts* www.robertpusins.com | 171 SE 14th Street, Pompano Beach, FL 33060 robertpusins@att.net 954-303-2169 |

# Robert R. Pusins
### CURRICULUM VITAE

**PROFESSIONAL EXPERIENCE**

**Robert R. Pusins & Associates, Inc., Pompano Beach, FL, 1997 – present**
I have been serving as a consultant to attorneys as an expert in police practices and procedures since 1997 and consulted on cases including use of force, deadly force, police pursuits, arrests, policies and procedures, police tactics, crime prevention and hiring and retention.

I have been retained in civil and criminal cases for federal and state courts in Alabama, Arizona, California, Colorado, Connecticut, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Massachusetts, Michigan, Mississippi, Missouri, Montana, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, Vermont, Virginia, Washington, Washington, DC, West Virginia, the U.S. Virgin Islands, and Canada.

**Broward Sheriff's Office, Fort Lauderdale, FL, 2013 – 2018**
I served on the Sheriff's executive command staff as the Executive Director of the Department of Community Services for the Broward Sheriff's Office, a full public safety agency with over 5,500 employees.

I provided executive level oversight for a wide range of command and administrative activities including the development and updating of policies and procedures and spearheading the development and full implementation of the Civil Citation Program, the Homeless Outreach Team (awarded the International Association of Chiefs of Police 2014 Civil Rights Award) and the Crisis Intervention Team (CIT).

I directed the operation of the Broward Sheriff's Office Regional Communications Division that provides E-911 services and law enforcement and fire rescue dispatch services for 29 municipalities and the special patrol areas of the Fort Lauderdale-Hollywood International Airport, Port Everglades, and the Department of Detention.  The Division averages over 2.5 million emergency and non-emergency calls per year, over 200,000 calls per month and over 6,500 calls per day through 450 full-time employees including call taking, dispatch, teletype, supervision, quality assurance, audio evidence, training, and administrative positions through an annual budget of over $40 million.

**Fort Lauderdale Police Department, Fort Lauderdale, FL, 1974 – 2004**
I retired from the Fort Lauderdale Police Department with more than 30 years of law enforcement experience in an accredited agency with staffing of over 500 sworn police officers. I have advanced through the ranks and held the titles of police officer, field training officer, detective, sergeant, captain, commander, major and assistant police chief, and spent over 20 years in supervision, command, and management positions, serving in the Operations, Investigative and Administrative Bureaus.

My command responsibilities included the examination of allegations of police misconduct ranging from use of force, violations of policy and procedures, police pursuits, K-9 apprehensions, and police vehicle crashes. I was involved in policy review and development for over 15 years and have extensive training and experience in assessing personnel and policies for law enforcement agencies. Further, I have been certified and served as an assessor for the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA).

*Major, Community and Operations Support Divisions, 2001 – 2004*
Oversaw all community policing initiatives and crime prevention programs as well as a wide range of activities including high risk units. Specific command responsibilities included SWAT, K-9 Units (including criminal apprehension, narcotic detection, and explosive detection dogs), the Bomb Unit, Traffic Homicide, Traffic Enforcement, the Marine Unit, the Mounted Unit, Crime Prevention, the Dive Team, School Resource Officers, and the Honor Guard.

*Assistant Chief, Operations Bureau, 2000 – 2001*
Appointed as an assistant chief and directed the overall management of the Operations Bureau including all uniformed patrol services. Staff totaled over 300 personnel including three district commanders as direct reports, captains, sergeants, police officers and civilian personnel.

*Commander, Operations Bureau, Patrol Division, 1996 – 2000*
Directed the delivery of all uniformed patrol services in the most diverse district of the city, a community of 46,000 residents encompassing the entire downtown and the Midtown community. Staff included three captains as direct reports and 115 employees.

*Captain, Support Services Bureau, Staff Support Division, 1992 – 1996*
Commanded nine departmental units: Training, Records, Recruiting & Hiring, Civil Forfeitures, Evidence, Property, Detention Facility (115 beds), Communications and Court Liaison. Staff included seven direct reports (sworn and civilian) and 87 employees.

*Captain, Operations Bureau, Patrol Division, 1989 – 1992*
Commanded all uniformed patrol services to the central beach community as well as the southeast and southwest communities during the evening shift. Staff included 37 employees.

*Sergeant, Operations Bureau, Patrol Division, 1984 – 1989*
Supervised police officers performing uniformed patrol operations and was assigned at various times to all three patrol districts of the City of Fort Lauderdale.

*Detective, Investigative Bureau, Criminal Investigations Division, 1977 – 1984*
Investigated felony crimes with a concentration on major violent crimes including two years of service in the Homicide Unit.

*Police Officer, Operations Bureau, Patrol Division, 1974 – 1977*
Uniform patrol service and experience including the investigation of crimes, traffic enforcement and crash investigation in all three police districts of the City of Fort Lauderdale and served as a Field Training Officer.

**EDUCATION**

FBI – National Academy (191st Session)

Southern Police Institute, University of Louisville, Command Officers Development Course (4th Session)

Broward County Police Academy (46th Session)

University of South Florida, Bachelor of Arts, Sociology

Over 4,800 hours of Advanced, Specialized and Management Training in Law Enforcement (1974-2020)

**TRAINING (SELECTED)**

Daigle Law Group – Use of Force Summit (2020)

Force Science Institute, University of Minnesota – Certified Force Science Analyst (2015)

TASER Conducted Electrical Weapon (CEW) (2015)

IACP – Use of Force Investigation (2015)

IACP – A Critical Analysis of Police Use of Force (2015)

IACP – De-Escalation (2015)

IACP – Use of Force: Are You Prepared (2015)

Florida Sheriff's Risk Management – Use of Force (2015)

Lockup - Police Training Systems -  Use of Force for Executives, Command, Supervisors & Trainers (2015)

AELE – Management, Oversight and Monitoring Use of Force (2014)

**NOTED PROFESSIONAL ACTIVITIES**

*Broward County E-911 Consolidated Regional Communications System*
Directed and monitored the operation and the consolidation of the Broward County Regional Communications System that provides E-911 and law enforcement and fire rescue dispatch services for 29 municipalities and the special patrol areas of the Fort Lauderdale Hollywood International Airport, Port Everglades and the Department of Detention through call taking, dispatch, teletype, supervision, quality assurance, audio evidence and training services.

*Crisis Intervention Team (CIT) Training*
Implemented the "Memphis Model" CIT Program in Broward County resulting in over 2,500 local and county law enforcement officers achieving CIT certification to sustain the CIT mission for more effective interactions among law enforcement, mental health care providers, individuals with mental illness, their families and communities and to reduce the stigma of mental illness. (2000 – 2018)

*Policy Review and Development*
Over 20 years of experience in the executive level review, development, and revision of agency policies to maintain and reflect current police practices, with a focus in the high liability areas of use of force, pursuits, and arrests.

*Homeless Initiatives*
Spearheaded the development and implementation of the police department's efforts to meet the expectations and often conflicting demands of the city commission, the business and community leaders, advocates for the homeless, social service providers and the homeless population. Developed a law enforcement protocol regarding police-homeless contacts, implemented Homelessness 101 training program for police officers and initiated a nationally acclaimed Police Homeless Outreach Team program that was featured in *The Journal: The Voice of Law Enforcement,* (May 2000). Worked in a collaborative approach with city staff, Broward County, Broward Partnership for the Homeless, Inc., Broward Coalition for the Homeless, Inc., and Legal Aid regarding the issue of homelessness.

Replicated these efforts with the Broward Sheriff's Office (BSO) and developed the BSO Homeless Outreach Team (awarded the International Association of Chiefs of Police 2014 Civil Rights Award), and the resulting Broward County Multi-Agency Homeless Outreach Task Force. (2013 – 2018)

*Civil Citation Program*
Led the full implementation of the Civil Citation Program at the Broward Sheriff's Office to allow youth who have committed a minor first-time, second and third-time misdemeanor offense the opportunity to participate in a pre-arrest civil citation program without the stigma of an arrest record. (2013 – 2018)

*Accreditation*
Initiated the successful process for the Fort Lauderdale Police Department to attain accreditation recognition from the Commission for Florida Law Enforcement Accreditation and served as an assessor for the Commission on Accreditation for Law Enforcement Agencies (CALEA).

*Management Assessor*
A visiting management assessor for numerous municipal and county governments including Birmingham (AL), Jacksonville (FL), Little Rock (AR), Margate (FL), Miami (FL), Miami-Dade County (FL), Orlando (FL), Pompano Beach (FL) and Troy (OH).

*Instructor – Facilitator*
Developed and presented workshops regarding the police response to homelessness at the following:

IACP International Conference, Chicago, IL (2015)

Broward County Neighborhood Conference, Hollywood, FL (2001)

Florida Neighborhood Conference, Fort Lauderdale, FL (2000)

Florida Coalition for the Homeless State Conference, Orlando, FL (2000)

Florida Department of Law Enforcement, Best Practices Conference, Tallahassee, FL (2000)

National Alliance to End Homelessness Annual Conference, Washington, DC (1999)

*Commendation and Awards*
Recipient of over 100 letters of commendation and appreciation

CIT International "Pioneer Award" (2017)

International Association of Chiefs of Police - Agency Civil Rights Award - BSO Homeless Outreach Team (2014)

Police Officer of the Month (1986)

*Publications*
"Recapturing Lives: Homeless Outreach in Broward County, Florida," *The Police Chief*, (Nov 2014)

"Police Response to Homelessness," *The Journal: The Voice of Law Enforcement,* (Fall 2000)

## ACTIVE MEMBERSHIPS

FBI National Academy Associates (FBI NA)

International Association of Chiefs of Police (IACP) (Life Member)

National Tactical Officers Association (NTOA)

Police Executive Research Forum (PERF)

3/20/23