**CYRIL H. WECHT, M.D., J.D.**
P.O. BOX 220
2507 WILDWOOD ROAD
WILDWOOD, PENNSYLVANIA 15091
(412) 281-9090
FAX (412) 261-3650
EMAIL wechtpath@cyrilwecht.com

FORENSIC PATHOLOGY
LEGAL MEDICINE

Mark E. Miller, Esquire
915 Main Street, Suite 203
Evansville, IN 47730

July 17, 2023

## **Addendum**

Since submitting my report on April 5, 2023, I had the opportunity to review the deposition of Christopher J. Kiefer, M.D. After reading the deposition and reviewing my notes please accept my findings as stated below.

Following my review of the additional materials provided, the following are my opinions, expressed with a reasonable degree of medical certainty.

1. Mr. Snukis died suddenly while restrained by and in the custody of the Evansville Police Department in Evansville, Indiana.

2. Mr. Snukis' proximate cause of the death was determined to be positional-compression asphyxiation. This cause of death is supported by the detailed review and written report by Dr. Robert R. Prusins.

    The proximate, or underlying cause of death, is an event or injury, or disease process without which death would not have occurred, and which begins the chain of events that led to death.

3. Mr. Snukis being struck on the left side of his head 6 times with a closed fist is relevant information. It shows how the decedent was treated by the police officers leading up to his death.

Failure to disclose relevant and significant information is detrimental to an autopsy examination and can affect the determination of the proximate cause and manner of death of a person.

Information regarding the multiple use of force events against Mr. Snukis by the Evansville Police Department prior to his death was provided before the second autopsy was performed by me, Dr. Cyril Wecht, on September 22, 2019. This pertinent information led to the decision to perform additional dissections during the autopsy.

4. Mr. Snukis was experiencing methamphetamine intoxication at the time of death, and his autopsy did show cardiomegaly, with marked left ventricular hypertrophy. While Mr. Snukis could have experienced a sudden cardiac death from his underlying cardiac disease and methamphetamine intoxication, his positional-compression asphyxiation event was a significant intervening factor, and the terminal cause of Mr. Snukis' death. Cardiomegaly and methamphetamine intoxication made the decedent, Mr. Snukis, more susceptible to positional compression asphyxiation.

All of the opinions expressed herein are based upon my knowledge, training, education, and experience and are set forth to a reasonable degree of medical certainty unless stated otherwise. All of my opinions are based on the materials provided for my review and are subject to revision upon review of additional information.

Very truly yours,

*Cyril H. Wecht*

Cyril H. Wecht, M.D., J.D.