BEFORE THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

EDWARD C. SNUKIS, JR. and
SAMANTHA SNUKIS,
Co-Administrators of the Estate of
Edward C. Snukis,

    *Plaintiffs,*

    v.                                   CASE NO. 3:21−cv−00135−MPB−MJD

CITY OF EVANSVILLE, INDIANA;
MATTHEW O. TAYLOR, in his individual
capacity as an Evansville police officer;
TREVOR KOONTZ, in his individual
capacity as an Evansville police officer; and
NICHOLAS HACKWORTH, in his
individual capacity as an Evansville police officer,

    *Defendants*

## PLAINTIFFS NOTICE OF MANUAL FILING

Please take notice that Plaintiffs by counsel, will be manually filing the following exhibits on the date of this notice, which is listed in Plaintiffs' Response to Motion to Exclude [Dkt. 183]. Due to technology issues, Plaintiffs have been unable to file these files electronically:

    Exhibit 2 – Wecht Deposition transcript Vol. I

    Exhibit 3 – Wecht Deposition transcript Vol. II

This Exhibit has not been filed electronically pursuant to S.D. Ind. L.R. 5-2(b)(2) for the reasons stated above. Said Exhibits will be served on all parties and the Court by U.S. Mail.

                                              Respectfully submitted,

                                              /s/ *Mark E. Miller*
                                              Mark E. Miller, Attorney No. 10458-82
                                              915 Main Street – Suite 203
                                              P.O. Box 3009

Evansville, IN  47730
Phone:  (812) 303-3444
mmiller@indianalawonline.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I certify that on February 27, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                             */s/Mark E. Miller*
                             Mark E. Miller