UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWARD C. SNUKIS, JR. Co-Administrator of the Estate of Edward C. Snukis, *et al.*, Plaintiffs, | ) ) ) ) ) |
| v. | ) ) CASE NO. 3:21-cv-00135-MPB-MJD ) |
| CITY OF EVANSVILLE, INDIANA, *et al.*, Defendants. | ) ) ) |

### **DEFENDANTS' MOTION FOR COSTS**

Defendants, by counsel, and pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920, hereby move for the approval and entry of its Bill of Costs. The facts supporting Defendants' Bill of Costs are set forth in the Declaration of Attorney Clifford R. Whitehead, attached hereto as Exhibit A, as well as the supporting documents attached to the Declaration of Clifford R. Whitehead as Exhibit B.

WHEREFORE, Defendants respectfully request that their Bill of Costs be approved and entered.

Respectfully submitted,

ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP

/s/ *Clifford R. Whitehead*
Robert L. Burkart, #16664-82
Clifford R. Whitehead, #28836-49
Bernard J. Lobermann, IV, #36886-49
Reid P. Lorey, #38258-82
20 N.W. First Street, 9th Floor
Evansville, IN 47708
T: (812) 424-7575
F: (812) 421-5089
E-mail: rburkart@zsws.com
      cwhitehead@zsws.com
      blobermann@zsws.com
      rlorey@zsws.com
*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I certify that on May 17, 2024, a copy of the foregoing was filed electronically by operation of the Court's electronic filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>  */s/ Clifford R. Whitehead*
>  Clifford R. Whitehead