EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWARD C. SNUKIS, JR. Co-Administrator of the Estate of Edward C. Snukis, *et al.*, Plaintiffs, | ) ) ) ) ) |
| v. | ) CASE NO. 3:21-cv-00135-MPB-MJD ) |
| CITY OF EVANSVILLE, INDIANA, *et al.*, Defendants. | ) ) ) |

## DECLARATION OF CLIFFORD R. WHITEHEAD

Declarant, Clifford R. Whitehead, having been duly sworn, hereby testifies as follows:

1.  I am over 18 years of age and competent to testify to the matters in this Declaration. I make this Declaration voluntarily and based upon my personal knowledge.

2.  I am an attorney at the law firm of Ziemer, Stayman, Weitzel & Shoulders, LLP, which represents Defendants herein, in this case filed by Plaintiffs.

3.  On May 3, 2024, Judge Matthew P. Brookman granted Defendants' Motions for Summary Judgment on Plaintiffs' federal claims and declined to exercise jurisdiction over Plaintiffs' state law claims, remanding such claims to state court. [*See* Dkt. No. 188.]

4.  As further described below, the expense for each item set forth in the Bill of Costs attached hereto as Exhibit B is correct and has been necessarily incurred in this case.

5.  Specifically, Defendants incurred $9,360.28 in fees for court reporter costs and for the printed or electronically recorded transcripts necessarily obtained for use in the case, including Defendants' Motions for Summary Judgment which are further described in the attached Costs Associated with Litigation.

1

EXHIBIT A

6. Defendants incurred $538.38 in costs related to obtaining copies of medical records concerning Edward Snukis' medical conditions as related to Plaintiffs' federal claims which are further described in the attached Case Associated with Litigation.

7. Defendants incurred $271.60 in costs related to printing.

Further Affiant sayeth naught.

<em>/s/ Clifford R. Whitehead</em><br>
Clifford R. Whitehead