AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .   _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .   _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❑    Electronic service               ❑    First class mail, postage prepaid

❑    Other: _____

   s/ Attorney: _____

        Name of Attorney: _____

For: _____        Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
*Clerk of Court*                                          *Deputy Clerk*                                       *Date*

EXHIBIT B

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

COSTS ASSOCIATED WITH LITIGATION

| Summary of Costs | | | |
|---|---|---|---|
| DATE | VENDOR | AMOUNT | DESCRIPTION |
| | | | |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | | | |
| 03/04/2022 | Stewart-Richardson | $561.63 | Transcript of Matthew Taylor |
| 05/13/2022 | Stewart-Richardson | $749.95 | Transcript of Nicholas Hackworth |
| 09/16/2022 | Stewart-Richardson | $919.15 | Transcript of Trevor Koontz |
| 01/27/2023 | Tri-State Reporting | $366.05 | Transcript of Edward Snukis, Jr. |
| 01/27/2023 | Tri-State Reporting | $440.95 | Transcript of Samantha Snukis |
| 02/10/2023 | Lillian Freiler Reporting | $343.10 | Transcript of Matthew Sophy, DO |
| 05/05/2023 | Tri-State Reporting | $296.55 | Transcript of Sierra Snukis |
| 05/05/2023 | Stewart-Richardson | $701.20 | Transcript of Chris Kiefer, MD |
| 09/01/2023 | Stewart-Richardson | $628.40 | Transcript of Paul Kirby |
| 09/21/2023 | Stewart-Richardson | $770.60 | Transcript of Scott Doan |
| 09/21/2023 | Stewart-Richardson | $343.75 | Transcript of Josey Lewis |
| 01/05/2024 | Tri-State Reporting | $582.25 | Transcript of Robert Pusins |
| 01/26/2024 | Tri-State Reporting | $554.95 | Transcript of Stan Smith, PhD |
| 02/16/2024 | Stewart-Richardson | $2,101.75 | Transcript of Cyril Wecht |
| | | | |
| **Total** | | $9,360.28 | |
| | | | |
| **Fees and disbursements for printing** | | | |
| 12/06/2021 – 03/01/2024 | ZSWS | $271.60 | Printing Charges |
| **The costs of making copies of any materials where the copies are necessarily obtained for use in the case.** | | | |
| 03/09/2022 | Medicopy | $53.99 | Medical Records |
| 12/02/2022 | Matthew Sophy, DO | $81.70 | Medical Records |
| 12/08/2022 | MRO | $95.71 | Medical Records |
| 12/16/2022 | Med Health Services | $50.00 | Medical Records |
| 01/06/2023 | MRO | $149.86 | Medical Records |
| 01/27/2023 | CIOX Health | $52.00 | Medical Records |
| 08/18/2023 | CIOX Health | $55.12 | Medical Records |
| | | | |
| **Total** | | $538.38 | |

# INVOICE

1 of 1

**StewartRichardson**

DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258179 | 3/1/2022 | 169537 |

| Job Date | Case No. |
|---|---|
| 2/21/2022 | 3:21-CV-000135-TWP-MPB |

| Case Name | |
|---|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | |

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Matthew Taylor

|  |  |
|---|---|
|  | 561.63 |
| **TOTAL DUE  >>>** | **$561.63** |
| AFTER 3/31/2022 PAY | $589.71 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please go to this link: https://swipesimple.com/links/lnk_f7813640

City / EPD
101515.251

for Betsy Jo

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| | | | |
|---|---|---|---|
| Job No. | : 169537 | BU ID | : EV |
| Case No. | : 3:21-CV-000135-TWP-MPB | | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | | |
| Invoice No. | : 258179 | Invoice Date | : 3/1/2022 |
| **Total Due** | **: $561.63** | | |

AFTER 3/31/2022 PAY  $589.71

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                           Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **STEWART RICHARDSON DEPOSITION
SERVICES
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

101491

**Vendor:**   2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/01/2022 | Transcript - City/EPD 101515.251 | 258179 | 561.63 | | 561.63 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/18/2022 | 101491 | 561.63 | 0.00 | 561.63 |

# StewartRichardson

## DEPOSITION SERVICES

800.869.0873   www.stewartrichardson.com

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 260540 | 5/9/2022 | 171162 |

| Job Date | Case No. | |
|---|---|---|
| 4/18/2022 | 3:21-CV-000135-TWP-MPB | |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nicholas Alan Hackworth

|  |  |
|---|---|
|  | 749.95 |
| **TOTAL DUE  >>>** | **$749.95** |
|  |  |
| AFTER 6/8/2022 PAY | $787.45 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please go to this link: https://swipesimple.com/links/lnk_f7813640

City / ~~Snukis~~ Snukis
101515.251

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| Job No. | : 171162 | BU ID | : EV |
|---|---|---|---|
| Case No. | : 3:21-CV-000135-TWP-MPB | | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | | |
| Invoice No. | : 260540 | Invoice Date | : 5/9/2022 |

**Total Due** : **$749.95**

AFTER 6/8/2022 PAY $787.45

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

101887

**Vendor:**   2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 05/09/2022 | Transcript - City/Snukis 101515.251 | 260540 | 749.95 | | 749.95 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 06/03/2022 | 101887 | 749.95 | 0.00 | 749.95 |

WL85112LN1    TUTTLE PRINTING & ENGRAVING 800-776-7692                                                 PRINTED IN U.S.A.

# INVOICE

1 of 1

## Stewart Richardson

### DEPOSITION SERVICES

800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 264414 | 9/6/2022 | 174778 |

| Job Date | Case No. |
|---|---|
| 8/18/2022 | 3:21-CV-000135-TWP-MPB |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Trevor Koontz

|  | 919.15 |
|---|---|
| **TOTAL DUE  >>>** | **$919.15** |
| AFTER 10/6/2022 PAY | $965.11 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

Effective July 1, 2022, Stewart Richardson is going PAPERLESS! If your office requires a hard copy of invoices, please contact haley@stewartrichardson.com so we can note accordingly.

*City /Snukis*
*101515. 251*

*per Marianne*

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

Job No.      : 174778          BU ID     : EV
Case No.     : 3:21-CV-000135-TWP-MPB
Case Name : Edward C. Snukis, Jr., et al. v. City of Evansville,
                  Matthew O. Taylor, et al.
Invoice No.  : 264414            Invoice Date : 9/6/2022
**Total Due   : $919.15**
AFTER 10/6/2022  PAY  $965.11

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **STEWART RICHARDSON DEPOSITION
                  SERVICES
                  One Indiana Square, Suite 2425
                  211 N. Pennsylvania
                  Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102409

**Vendor:**   2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/06/2022 | Transcript – City/Snukis 101515.251 | 264414 | 919.15 | | 919.15 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/30/2022 | 102409 | 919.15 | 0.00 | 919.15 |

# TRI-STATE REPORTING, INC.

P.O. Box 55
Inglefield, IN  47618
Phone (812) 477-7666

Fed. I.D. 35-1860242

| INVOICE # | DATE |
|---|---|
| 9686 | 1/24/2023 |
| **JOB DATE** | **REPORTER** |
| 1/23/2023 | Amy |

Clifford R. Whitehead
ZIEMER, STAYMAN,
WEITZEL & SHOULDERS
20 N.W. First Street, 9th Floor
Evansville, IN  47708

| CASE CAPTION |
|---|
| Snukis v. City of Evansville; USDC; 3:21-cv-00135 |

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Per Diem (2 hour minimum) | 2 | 45.00 | 90.00 |
| Charge for the original transcript, plus one copy, of the deposition of Edward C. Snukis, Jr. | 66 | 4.05 | 267.30 |
| Exhibit Charge | 35 | 0.25 | 8.75 |

City / Snukis
101515.251

per Marianne

| It's been a pleasure working with you! | **Total** | $366.05 |
|---|---|---|

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103007

**Vendor:**   2700 Tri-State Reporting, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 01/24/2023 | Deposition - City/Snukis 101515.251 | 9686 | 366.05 | | 366.05 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/17/2023 | 103007 | 366.05 | 0.00 | 366.05 |

WL85112LN1   TUTTLE PRINTING & ENGRAVING 800-776-7682                                                                       PRINTED IN U.S.A.

# TRI-STATE REPORTING, INC.

**P.O. Box 55**
**Inglefield, IN  47618**
**Phone (812) 477-7666**

Fed. I.D. 35-1860242

| INVOICE # | DATE |
|---|---|
| 9682 | 1/18/2023 |
| **JOB DATE** | **REPORTER** |
| 1/16/2023 | Amy |

Clifford R. Whitehead
ZIEMER, STAYMAN,
WEITZEL & SHOULDERS
20 N.W. First Street, 9th Floor
Evansville, IN  47708

| CASE CAPTION |
|---|
| Snukis v. City of Evansville, et al.; USDC; 3:21-cv-00135-TWP-MPB |
| **TERMS** |
| Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Per Diem (2 hour minimum) | 3 | 45.00 | 135.00 |
| Charge for the original transcript, plus one copy, of the deposition of Samantha Snukis | 74 | 4.05 | 299.70 |
| Exhibit Charge | 25 | 0.25 | 6.25 |

City / Snukis
101515.251   for Marianne

| It's been a pleasure working with you! | **Total** | **$440.95** |
|---|---|---|

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102981

Vendor:   2700 Tri-State Reporting, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 01/18/2023 | Deposition - City/Snukis 101515.251 | 9682 | 440.95 | | 440.95 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/10/2023 | 102981 | 440.95 | 0.00 | 440.95 |

Date: 02/08/2023
Invoice Number: 202300469

**To:**

Clifford R. Whitehead, Esquire
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street, 8th Floor P. O. Box 916
Evansville, Indiana, 47706

**Make Checks Payable To:**

Lillian Freiter
EIN / Tax ID: 176488029
1733 Breckenridge Road
Orwigsburg, PA, 17961
Phone: (570) 366-3804
Email: crtrptr@aol.com

**Case Details:**

Case Description: Deposition of Matthew Sophy, DO taken
January 20, 2023, in the matter of Edward Snukis.

**Charges:**

| Date | Trial | Activity Type | Pages Count | Page Rate | Other Fees | Sub-Total |
|------|-------|---------------|-------------|-----------|------------|-----------|
| 02/08/2023 | - | Appearance Fee | 0 | $0.00 | $65.00 | $65.00 |
| 02/08/2023 | - | - | 74 | $3.55 | $0.00 | $262.70 |
| 02/08/2023 | - | Exhibits | 44 | $0.35 | $0.00 | $15.40 |

Total: $343.10

**Amount Due: $343.10**

City /Snukis
101515.251

fr Marianne

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

**103076**

Vendor:   30755 Lillian Freiler

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/08/2023 | Deposition - City/Snukis 101515.251 | 202300469 | 343.10 | | 343.10 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/03/2023 | 103076 | 343.10 | 0.00 | 343.10 |

# TRI-STATE REPORTING, INC.

P.O. Box 55
Inglefield, IN  47618
Phone (812) 477-7666

Fed. I.D. 35-1860242

| INVOICE # | DATE |
|-----------|------|
| 9766 | 5/1/2023 |
| **JOB DATE** | **REPORTER** |
| 4/28/2023 | Amy |

Clifford R. Whitehead
ZIEMER, STAYMAN,
WEITZEL & SHOULDERS
20 N.W. First Street, 9th Floor
Evansville, IN  47708

| CASE CAPTION |
|--------------|
| Snukis v. City of Evansville; USDC; 3:21-cv-00135-TWP-MPB |

| TERMS |
|-------|
| Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Per Diem (2 hour minimum) | 2 | 45.00 | 90.00 |
| Charge for the original transcript, plus one copy, of the deposition of Sierra Snukis | 51 | 4.05 | 206.55 |

City / Snukis
/ 01515.251
per Marianne

| It's been a pleasure working with you! | **Total** | **$296.55** |
|---|---|---|

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103433

Vendor:   2700 Tri-State Reporting, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/01/2023 | Deposition - City/Snukis 101515.251 | 9766 | 296.55 | | 296.55 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/19/2023 | 103433 | 296.55 | 0.00 | 296.55 |

WL85112LH1    TUTTLE PRINTING & ENGRAVING 800-776-7692                                                          PRINTED IN U.S.A.

# INVOICE

1 of 1

## Stewart Richardson

### DEPOSITION SERVICES

800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 271995 | 5/1/2023 | 180781 |

| Job Date | Case No. |
|---|---|
| 4/7/2023 | 3:21-CV-000135-TWP-MPB |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Christopher J. Kiefer, M.D.

      701.20

**TOTAL DUE  >>>**    **$701.20**

AFTER 5/31/2023 PAY    $736.26

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

*(handwritten)* Please pay
City/Snukis
# 101513.251
                          for Marianne

                                          TY

---

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| | | |
|---|---|---|
| Job No. | : 180781 | BU ID  : EV |
| Case No. | : 3:21-CV-000135-TWP-MPB | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | |
| Invoice No. | : 271995 | Invoice Date : 5/1/2023 |
| **Total Due** | : **$701.20** | |

AFTER 5/31/2023 PAY $736.26

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103438

Vendor:   2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/01/2023 | Transcript - City/Snukis 101515.251 | 271995 | 701.20 | . | 701.20 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/19/2023 | 103438 | 701.20 | 0.00 | 701.20 |

# INVOICE

1 of 1

## StewartRichardson
### DEPOSITION SERVICES
800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 275806 | 8/29/2023 | 184080 |

| Job Date | Case No. |
|---|---|
| 8/15/2023 | 3:21-CV-000135-TWP-MPB |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Paul Kirby, 30(b)(6) City of Evansville                                      628.40

| | |
|---|---|
| TOTAL DUE  >>> | $628.40 |
| AFTER 9/28/2023 PAY | $659.82 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

NOTE: Payment of this invoice is not contingent upon client reimbursement. In accepting performance of our services, you acknowledge and agree to pay for all costs of services rendered and ordered.

CHy /SnuKU
10/515.251

per Marianne

Tax ID: 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| | | | |
|---|---|---|---|
| Job No. | : 184080 | BU ID | : EV |
| Case No. | : 3:21-CV-000135-TWP-MPB | | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | | |
| Invoice No. | : 275806 | Invoice Date | : 8/29/2023 |
| Total Due | : $628.40 | | |

AFTER 9/28/2023  PAY  $659.82

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103939

**Vendor:**   2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 08/28/2023 | Transcript - Davis/USI 106019.000 | 275725 | 681.55 | | 681.55 |
| 08/29/2023 | Transcript - City/Snukis 101515.251 | 275806 | 628.40 | | 628.40 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/21/2023 | 103939 | 1,309.95 | 0.00 | 1,309.95 |

WL85112LN1   TUTTLE PRINTING & ENGRAVING 800-775-7682                                   PRINTED IN U.S.A.

# INVOICE

1 of 1

**StewartRichardson**

## DEPOSITION SERVICES

800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 275974 | 9/1/2023 | 184081 |

| Job Date | Case No. |
|---|---|
| 8/17/2023 | 3:21-CV-000135-TWP-MPB |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Matthew S. Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Scott Doan, 30(b)(6) City of Evansville - Volume II

770.60

| | |
|---|---|
| **TOTAL DUE  >>>** | **$770.60** |
| AFTER 10/1/2023 PAY | $809.13 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

NOTE: Payment of this invoice is not contingent upon client reimbursement. In accepting performance of our services, you acknowledge and agree to pay for all costs of services rendered and ordered.

City /Snukis
101515.251
per Ruth

---

Tax ID: 35-1381218

*Please detach bottom portion and return with payment.*

Matthew S. Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| | | | |
|---|---|---|---|
| Job No. | : 184081 | BU ID | : EV |
| Case No. | : 3:21-CV-000135-TWP-MPB | | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | | |
| Invoice No. | : 275974 | Invoice Date | : 9/1/2023 |
| **Total Due** | **: $770.60** | | |

AFTER 10/1/2023 PAY  $809.13

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103945

Vendor:    2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/01/2023 | Transcript - City/Snukis 101515.251 | 275974 | 770.60 | | 770.60 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/21/2023 | 103945 | 770.60 | 0.00 | 770.60 |

# INVOICE

1 of 1

## StewartRichardson
### DEPOSITION SERVICES
800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 276199 | 9/8/2023 | 184192 |

| Job Date | Case No. |
|---|---|
| 8/22/2023 | 3:21-CV-000135-MPB-MJD |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Josey Lewis, 30(b)(6)

| | 343.75 |
|---|---|
| **TOTAL DUE  >>>** | **$343.75** |
| AFTER 10/8/2023 PAY | $360.94 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

NOTE: Payment of this invoice is not contingent upon client reimbursement. In accepting performance of our services, you acknowledge and agree to pay for all costs of services rendered and ordered.

*City / Snukis*
*121515.251*

*for Marriann*

---

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| | | | |
|---|---|---|---|
| Job No. | : 184192 | BU ID | : SRA |
| Case No. | : 3:21-CV-000135-MPB-MJD | | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | | |
| Invoice No. | : 276199 | Invoice Date : 9/8/2023 | |
| Total Due | : $343.75 | | |

AFTER 10/8/2023  PAY  $360.94

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103981

Vendor:   2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 09/07/2023 | Transcript - Doe/USI 106019.000 | 276074 | 1,397.00 | | 1,397.00 |
| 09/07/2023 | Transcript - Doe/USI 106019.000 | 276164 | 1,057.28 | | 1,057.28 |
| 09/08/2023 | Transcript - City/Snukis 101515.251 | 276199 | 343.75 | | 343.75 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 09/29/2023 | 103981 | 2,798.03 | 0.00 | 2,798.03 |

# TRI-STATE REPORTING, INC.

**P.O. Box 55**
**Inglefield, IN 47618**
**Phone (812) 477-7666**

Fed. I.D. 35-1860242

| INVOICE # | DATE |
|---|---|
| 1552 | 12/29/2023 |
| **JOB DATE** | **REPORTER** |
| 12/22/2023 | Nancy |

Clifford R. Whitehead
ZIEMER, STAYMAN,
WEITZEL & SHOULDERS
20 N.W. First Street, 9th Floor
Evansville, IN 47708

| CASE CAPTION |
|---|
| Snukis vs. City of Evansville; USDC; Case No. 3:21-cv-00135-MPB-MJD |
| **TERMS** |
| Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Per Diem (2 hour minimum) | 3 | 50.00 | 150.00 |
| Charge for the original transcript, plus one copy, of the deposition of Robert R. Pusins | 95 | 4.55 | 432.25 |

City/Snukis
101515.251

for Marianne

It's been a pleasure working with you!

| | **Total** | **$582.25** |
|---|---|---|

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

104510

Vendor:   2700 Tri-State Reporting, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 12/29/2023 | Deposition - City/Snukis 101515.251 | 1552 | 582.25 | | 582.25 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/19/2024 | 104510 | 582.25 | 0.00 | 582.25 |

# TRI-STATE REPORTING, INC.

P.O. Box 55
Inglefield, IN 47618
Phone (812) 477-7666

Fed. I.D. 35-1860242

| INVOICE # | DATE |
|-----------|------|
| 8849 | 1/5/2024 |
| JOB DATE | REPORTER |
| 1/3/2024 | Nancy |

Clifford R. Whitehead
ZIEMER, STAYMAN,
WEITZEL & SHOULDERS
20 N.W. First Street, 9th Floor
Evansville, IN 47708

| CASE CAPTION |
|--------------|
| Snukis vs. City of Evansville; USDC; CN: 3:21-cv-00135-MPB-MJD |

| TERMS |
|-------|
| Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Per Diem (2 hour minimum) | 3 | 50.00 | 150.00 |
| Charge for the original transcript, plus one copy, of the deposition of Stan V. Smith, Ph.D. | 89 | 4.55 | 404.95 |

City/Snukis
101515.251
for Marianne

| It's been a pleasure working with you! | Total | $554.95 |
|-----------------------------------------|-------|---------|

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

104565

**Vendor:**   2700 Tri-State Reporting, Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 01/05/2024 | Deposition - City/Snukis 101515.251 | 8849 | 554.95 | | 554.95 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/26/2024 | 104565 | 554.95 | 0.00 | 554.95 |

# INVOICE

1 of 1

## Stewart Richardson
### DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 281061 | 2/15/2024 | 187826 |

| Job Date | Case No. | |
|---|---|---|
| 1/19/2024 | 3:21-CV-000135-MPB-MJD | |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Cyril E. Wecht, M.D., J.D. - Volume I

|  | 1,261.95 |
|---|---|
| **TOTAL DUE >>>** | **$1,261.95** |
| AFTER 3/16/2024 PAY | $1,325.05 |

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website at www.stewartrichardson.com

NOTE: Payment of this invoice is not contingent upon client reimbursement. In accepting performance of our services, you acknowledge and agree to pay for all costs of services rendered and ordered.

*/ 01515. 25 /*

*for Marianne*

---

Tax ID: 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

| | | | |
|---|---|---|---|
| Job No. | : 187826 | BU ID | : EV |
| Case No. | : 3:21-CV-000135-MPB-MJD | | |
| Case Name | : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. | | |
| Invoice No. | : 281061 | Invoice Date | : 2/15/2024 |
| **Total Due** | **: $1,261.95** | | |

AFTER 3/16/2024 PAY $1,325.05

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

**104756**

Vendor:    2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/15/2024 | Transcripts - City/Snukis 101515.251 | 281061 | 1,261.95 | | 1,261.95 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/08/2024 | 104756 | 1,261.95 | 0.00 | 1,261.95 |

WL85112LN1      TUTTLE PRINTING & ENGRAVING 800-778-7582                                    PRINTED IN U.S.A.

# INVOICE

1 of 1

## StewartRichardson

### DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 281063 | 2/15/2024 | 188017 |

| Job Date | Case No. |
|---|---|
| 1/30/2024 | 3:21-CV-000135-MPB-MJD |

| Case Name |
|---|
| Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Cyril E. Wecht, M.D., J.D. - Volume II

839.80

**TOTAL DUE  >>>**   **$839.80**

AFTER 3/16/2024  PAY   881.79

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website at www.stewartrichardson.com

NOTE: Payment of this invoice is not contingent upon client reimbursement. In accepting performance of our services, you acknowledge and agree to pay for all costs of services rendered and ordered.

*1 01515.251      for Marianne*

---

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Clifford R. Whitehead
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street
Ninth Floor
Evansville, IN 47708

Job No.     : 188017      BU ID      : EV
Case No.   : 3:21-CV-000135-MPB-MJD
Case Name : Edward C. Snukis, Jr., et al. v. City of Evansville, Matthew O. Taylor, et al.
Invoice No. : 281063       Invoice Date : 2/15/2024
**Total Due  : $839.80**
AFTER 3/16/2024  PAY  $881.79

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

104757

Vendor:    2528 Stewart Richardson

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/15/2024 | Transcripts - City/Snukis 101515.251 | 281063 | 839.80 | | 839.80 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/08/2024 | 104757 | 839.80 | 0.00 | 839.80 |

WL85112LH1      TUTTLE PRINTING & ENGRAVING 800-776-7682                                        PRINTED IN U.S.A.

Date: 05/17/2024

**Detail Cost Transaction File List**
Transaction file list - WIP and Archived
ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

| Client | Trans Date | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|
| **Client ID 101515.251 City of Evansville - JWF Insurance** | | | | | | |
| 101515.251 | 12/06/2021 | 8 | 0.200 | 14.40 | Copy Charges | ARCH |
| 101515.251 | 12/20/2021 | 8 | 0.200 | 1.80 | Copy Charges | ARCH |
| 101515.251 | 04/01/2022 | 8 | 0.200 | 0.40 | Copy Charges | ARCH |
| 101515.251 | 04/28/2022 | 8 | 0.200 | 4.40 | Copy Charges | ARCH |
| 101515.251 | 01/13/2023 | 8 | 0.200 | 19.00 | Copy Charges | ARCH |
| 101515.251 | 04/07/2023 | 8 | 0.200 | 2.80 | Copy Charges | ARCH |
| 101515.251 | 05/05/2023 | 8 | 0.200 | 12.60 | Copy Charges | ARCH |
| 101515.251 | 08/22/2023 | 8 | 0.200 | 15.60 | Copy Charges | ARCH |
| 101515.251 | 09/06/2023 | 8 | 0.200 | 12.80 | Copy Charges | ARCH |
| 101515.251 | 09/14/2023 | 8 | 0.200 | 23.00 | Copy Charges | ARCH |
| 101515.251 | 09/27/2023 | 8 | 0.200 | 14.80 | Copy Charges | ARCH |
| 101515.251 | 09/29/2023 | 8 | 0.200 | 14.40 | Copy Charges | ARCH |
| 101515.251 | 10/31/2023 | 8 | 0.200 | 10.00 | Copy Charges | ARCH |
| 101515.251 | 12/20/2023 | 8 | 0.200 | 59.80 | Copy Charges | ARCH |
| 101515.251 | 12/28/2023 | 8 | 0.200 | 18.60 | Copy Charges | ARCH |
| 101515.251 | 02/01/2024 | 8 | 0.200 | 7.20 | Copy Charges | ARCH |
| 101515.251 | 02/14/2024 | 8 | 0.200 | 5.60 | Copy Charges | ARCH |
| 101515.251 | 02/14/2024 | 8 | 0.200 | 17.20 | Copy Charges | ARCH |
| 101515.251 | 03/01/2024 | 8 | 0.200 | 17.20 | Copy Charges | ARCH |

| **Total for Client ID 101515.251** | | | Billable | 271.60 | City of Evansville - JWF Insurance |
|---|---|---|---|---|---|
| | | | | | Estate of Edward Snukis - Wrongful Death Action |

**GRAND TOTALS**

Billable    271.60

**MediCopy**
PO Box 331668
Nashville, TN 37203
(866) 587-6274
www.medicopy.net



MediCopy

PHONE: 866-587-6274 | TAX ID 75-3134811

**ZIEMER STAYMAN WEITZEL SHOULDERS**
20 NW FIRST STREET NINETH FLOOR
EVANSVILLE, IN 47706-0916

| | |
|---|---|
| Invoice #: | 483630 |
| Invoice Date: | Mar 9, 2022 |
| Facility Code: | AMRIN |
| Patient Name: | EDWARD SNUKIS |
| Requested by: | CLIFFORD WHITEHEAD |
| **Balance Due:** | **$0.00** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| **AMRIN** | HEALTH INFORMATION REQUESTED FROM: AMERICAN MEDICAL RESPONSE- INDIANA | $0.00 | 1 | $0.00 |
| **INMR** | Labor Fee (Pages 1-10) | $20.00 | 1 | $20.00 |
| **INMR1** | Pages 11-50 @ $0.50/pg | $0.50 | 7 | $3.50 |
| **INAFF** | Affidavit/Certification Fee | $20.00 | 1 | $20.00 |
| **UPS** | Medical Records Mailed via UPS | $10.49 | 1 | $10.49 |
| **10** | If you wish to make a credit card payment over the phone, there will be a $10 convenience fee. | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Total: | $53.99 |
| Amount Paid: | $53.99 |
| **Balance Due:** | **$0.00** |

**Notes:**
17 PAGES OF RECORDS

**Terms:**

***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.
PHONE: 866-587-6274 TAX ID 75-3134811

Terms and Conditions per contract

# RECEIPT



## MediCopy

**MediCopy**
PO Box 331668
Nashville, TN 37203
(866) 587-6274
www.medicopy.net

Bill To:

**ZIEMER STAYMAN WEITZEL SHOULDERS**
20 NW FIRST STREET NINETH FLOOR
EVANSVILLE, IN 47706-0916

| | |
|---|---|
| Date: | Mar 9, 2022 |
| Amount: | $53.99 |
| Invoice: | 483630 |
| Payment Method: | Credit Card - Visa *9220 |

## Thank you!

# Payment Stub

**MediCopy**
PO Box 331668
Nashville, TN 37203
(866) 587-6274
www.medicopy.net

**To Pay Your Invoice Online Go To:**
https://medicopy.invoiced.com/invoices/PznGDU0PZqMnB1T
iMOWsMaSZ

| | |
|---|---|
| Client: | ZIEMER STAYMAN WEITZEL SHOULDERS |
| Invoice #: | 483630 |
| Invoice Date: | Mar 9, 2022 |
| Balance Due: | $0.00 |
| Amount Enclosed: | |

# MATTHEW C. SOPHY, D.O.

**73 COAL STREET, PO BOX 85**
**PORT CARBON, PA 17965**
**PHONE:  570-622-6302**
**TAX ID:  18-1387044**

*11/23/22*

# Medical Records Release Policy

**IN ACCORDANCE WITH THE PROVISIONS OF THE STATE OF PENNSYLVANIA ACT 26 THE FOLLOWING POLICY APPLIES TO THE RELEASE OF MEDICAL RECORDS**

PATIENT _____ *Edward Snukis*

ACCOUNT# _____ *5994*

SS# _____ *xxx — xx — 0618*

NO. OF PAGES _____ *30*

| | |
|---|---|
| Search and Retrieval | $25.20 |
| Pages 1-20 @ $1.70 p/p X20 | $ *84 -* |
| Pages 21-60 @ $1.26 p/p X10 | $ *12-60* |
| Pages over 60 @ $.44 p/p | $ |
| Social Security Claims | $31.94 |
| District Attorney Request | $25.20 |
| Postage: | |
| DELIVERY/ACTUAL POSTAGE | $ *9.90* |
| TOTAL: | $ *81.70* |

*City / Swf / Snukis*

*101515.251*

*per Shawn*

**PAYMENT MUST BE RECEIVED BEFORE RECORDS ARE RELEASED!**

*Please mail Check to above address. Thank you!*

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102677

Vendor:   30741 Matthew C. Sophy, DO

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 11/23/2022 | Account #5994 – City/JWF/Snukis 101515.251 | 5994 | 81.70 | | 81.70 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 12/02/2022 | 102677 | 81.70 | 0.00 | 81.70 |

*PREPAYMENT REQUIRED*

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

**Invoice**
63160933
December 07, 2022



Phone: (610) 994-7500 Opt. 1
Fax:    (610) 962-8421

**Clifford R Whitehead**
Ziemer, Stayman, Weitzel & Shoulders, L.L.P.
P.O. Box 916
20 NW First Street
Evansville, IN  47706

On  12/5/2022  the following healthcare provider received your request for copies of medical records:
**Lehigh Valley Hospital - Schuylkill East**
700 East Norwegian St
Pottsville, PA  17901

You requested records for:  EDWARD SNUKIS

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID:   63160933
MRO Online Tracking Number:  LVHNPECT55K3S

You can track and pay for your request online at:
**www.roilog.com**

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $25.20 |
| Number of Pages: | 43 |
| Tier 1: | $34.00 |
| Tier 2: | $28.98 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $3.12 |
| Sales Tax: | $4.41 |
| TOTAL: | $95.71 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$95.71** |

*You may pay  this invoice online at:*
----www.roilog.com
*You can send a check to:*
   **MRO**
   P.O. Box 6410,
   Southeastern, PA 19398-6410
   MRO Tax ID (EIN): 01-0661910

*Please write the invoice # on the check or
return this invoice with the payment.*

**PAYMENT**

City / SnuKIS

101515·251  for  Arianne

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them;
and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order.
Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges
in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral
arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury.
Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member
of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request
by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**Lehigh Valley Hospital - Schuylkill East.**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102707

**Vendor:**    **3459 MRO**

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|---|-----------|--------|------|---------|
| 12/07/2022 | Medical Records – City/Snukis 101515251 | | 63160933 | 95.71 | | 95.71 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|-----------|---------|-----------|----------|---------|
| 12/08/2022 | 102707 | 95.71 | 0.00 | 95.71 |

**Med Health Services Management, LP**
200 James Place
Monroeville, PA 15146 US
+1 4123737900
aammons@mhslabs.net

**Invoice**

BILL TO:
Ziemer, Stayman, Weitzel &
Shoulders, LLP
20 NW First Street 9th FL
Evansville, IN 47708-0916

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 20210916-2 | 12/09/2022 | $50.00 | 12/24/2022 | Net 15 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| Records Request | Records for Edward C. Snukis, Sr. | 1 | 50.00 | 50.00 |

**BALANCE DUE**          **$50.00**

City/Snukis
101515.251

for Marianne

City.MHS Labs0010

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102732

Vendor:   30743 Med Heatlh Services Managment, LP

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 12/16/2022 | Records - City/Snukis 101515.251 | 20210916-2 | 50.00 | | 50.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 12/16/2022 | 102732 | 50.00 | 0.00 | 50.00 |

WL65112LH1     TUTTLE PRINTING & ENGRAVING 800-775-7682                    PRINTED IN U.S.A.

12/27/2022 2:31:15 AM -0500 FAXCOM                                          PAGE 1    OF 1

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

*PREPAYMENT REQUIRED*

**Invoice**
**63164081**
December 12, 2022

 **MRO**

Phone: **(610) 994-7500 Opt. 1**
Fax:   **(610) 962-8421**

**Clifford R Whitehead**
Ziemer, Stayman, Weitzel & Shoulders, L.L.P.
P.O. Box 916
20 NW First Street
Evansville, IN 47706

On 12/5/2022 the following healthcare provider received your request for copies of medical records:
**Lehigh Valley Hospital - Schuylkill South**
420 South Jackson St.
Pottsville, PA 17901

You requested records for: **EDWARD SNUKIS**

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID:    **63164081**
MRO Online Tracking Number:  **LVHNDC5Y7PH4G**

You can track and pay for your request online at:
**www.roilog.com**

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*City / Snukis*
*1 0 / 5 / 5 . 2 5 l*     *per Marianne*

**Fees**

| | |
|---|---:|
| Search and Retrieval Fee: | $25.20 |
| Number of Pages: | 108 |
| Tier 1: | $34.00 |
| Tier 2: | $50.40 |
| Tier 3: | $21.12 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $11.75 |
| Sales Tax: | $7.39 |
| TOTAL: | $149.86 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| BALANCE DUE: | $149.86 |

You may pay this invoice online at:
**www.roilog.com**
You can send a check to:
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410

MRO Tax ID (EIN): 01-0661910

*Please write the invoice # on the check or
return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.
MRO is the medical copy request processor for:
Lehigh Valley Hospital - Schuylkill South.**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102829

**Vendor:**   **3459 MRO**

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 12/12/2022 | Medical Records - City/Snukis 101515.251 | 63164081 | 149.86 | | 149.86 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/06/2023 | 102829 | 149.86 | 0.00 | 149.86 |

WL85112LH1   TUTTLE PRINTING & ENGRAVING 800-775-7582                                                   PRINTED IN U.S.A.

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX
HEALTH
## INVOICE

| | |
|---|---|
| Invoice #: | **0397647327** |
| Date: | **12/14/2022** |
| Customer #: | **1440175** |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| CLIFFORD R WHITEHEAD ZIEMER STAYMAN WEITZEL ET AL PO BOX 916 20 NW 1ST ST EVANSVILLE,IN 47708-1201 | CLIFFORD R WHITEHEAD ZIEMER STAYMAN WEITZEL ET AL PO BOX 916 20 NW 1ST ST EVANSVILLE,IN 47708-1201 | ST VINCENT EVANSVILLE HOSPITAL 3700 WASHINGTON AVE EVANSVILLE,IN 47714-0541 |

| | | | |
|---|---|---|---|
| **Requested By:** | ZIEMER STAYMAN WEITZEL ET AL | **DOB :** | 10/15/1963 |
| **Patient Name:** | SNUKIS EDWARD | | |

Per your request, please let this serve as your fee approval notice for medical records requested from the facility listed above. If you would like to approve this amount please contact a Ciox Health representative at 800-367-1500. If you would like to pay electronically, please go to https://paycioxhealth.com/pay/.

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 20 | 0.50 | 10.00 |
| Per Page Copy (Paper) 2 | 10 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Certification Fee | | | 20.00 |
| Subtotal | | | 52.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 52.00 |
| Balance Due | | | 52.00 |

*Citywn Snukis*

*101515.251*

**Please remit this amount : $52.00(USD)**

------------------------------✂--------------------------------------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

| Invoice #: | **0397647327** |
|---|---|
| Check # | _____ |
| Payment Amount $ | _____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

102914

**Vendor:** 29717 CIOX Health

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 12/14/2022 | Medical Records - City/Snukis 101515.251 | 397647327 | 52.00 | | 52.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 01/27/2023 | 102914 | 52.00 | 0.00 | 52.00 |



0001166-O6915-C03-P01166
******AUTO**MIXED AADC 212
1166 1 MB 0.561                    00
ZIEMER STAYMAN WEITZEL ET AL
PO BOX 916
20 NW 1ST ST
EVANSVILLE, IN 47708-1201

2pgs





# CiOX
## HEALTH

**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

| Notice Date | Customer No. | Page |
|---|---|---|
| 07/17/23 | 1440175 | 1 of 2 |

**ACCT:  1440175**          **CT: ATTY**

**ZIEMER STAYMAN WEITZEL ET AL**
**PO BOX 916**
**20 NW 1ST ST**
**EVANSVILLE, IN 47708-1201**

**REMIT TO:**
**CIOX Health**
**PO BOX 409740**
**ATLANTA GA 30384**
**Federal Tax ID: 58-2659941**

## DELINQUENT NOTICE

| AGED BALANCES | | | | Total Due USD   55.12 |
|---|---|---|---|---|
| **0-30 Days** | **31-60 Days** | **61-90 Days** | **Over 90 Days** | |
| 0.00 | 0.00 | 0.00 | 55.12 | |

**Please be advised that your account is past due.  You are receiving this letter because our records indicate you have failed to pay for requested medical records.**

*City / Snukis  101515.251*



**CONTINUED ON NEXT PAGE**

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

103804

**Vendor:** 29717 CIOX Health

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 01/26/2023 | Medical Records - City/Snukis 101515.251 | 401939235 | 55.12 | | 55.12 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/2023 | 103804 | 55.12 | 0.00 | 55.12 |